Patrick M. Flatley
United States Bankruptcy Judge

Dated: Monday, May 19, 2014 1:04:32 PM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                        )
                                              )
FAIRMONT GENERAL HOSPITAL,                    )   Case No. 13-1054
INC., *et al.*,                               )
                                              )   Chapter 11
            Debtors.                          )
                                              )   Jointly Administered

# ORDER

Consistent with the Memorandum Opinion entered contemporaneously herewith, it is

**ORDERED** that the Debtor's Motion for Authority to Enter Into Modified Labor Agreement With District 1199 West Virginia/Kentucky/Ohio Service Employees International Union ("District 1199"), filed on March 17, 2014 (Document No. 542), be and hereby is GRANTED IN PART and DENIED IN PART, as follows:

A.  The November 1, 2013 Collective Bargaining Agreement executed by Fairmont General Hospital, Inc., and District 1199 be and hereby is DECLARED to be a transaction executed in the ordinary course of business of Fairmont General Hospital, Inc., and is therefore valid and effective as executed.

B.  In all other respects, the Motion is DENIED AS MOOT.