

11682 El Camino Real, Suite 320
San Diego, CA 92130

h2cllc.com
T 858 242 4800

| | | |
|---|---|---|
| Invoice No. | 90085 | |
| Date | 5/31/2014 | |
| To | Peggy Coster<br>President & CEO<br>Fairmont General Hospital<br>1325 Locust Avenue<br>Fairmont, WV  26554 | |

| Item | Description | Amount |
|---|---|---|
| A. | April Monthly Retainer | 25,000.00 |
| B. | May Monthly Retainer | 25,000.00 |
| C. | April Additional Financial Advisory Services (6 days *$6,250) | 37,500.00 |
| D. | May Additional Financial Advisory Services (4 days *$6,250) | 25,000.00 |
| E. | Expenses | 25,604.30 |
| | Hotel-           8,207.94<br>Meal-            1,333.67<br>Travel Expenses-  16,062.69 | |

*Thank you for this opportunity to be of service.*

| | Total | $138,104.30 |
|---|---|---|

**Please use the following wiring instructions:**

Wells Fargo Bank
ABA#: 121000248
FBO: H2C Securities Inc.
Acct#: 9765909313

If you have any questions, comments or concerns regarding this invoice, please do not hesitate to contact Jessica Jordan at (858) 436-3323.

You are a highly valued client of our firm and we appreciate the opportunity to be of service.

H2C SECURITIES INC.

Securities offered through H2C Securities Inc., member FINRA/SIPC

**Exhibit A**

Project:        Fairmont General Hospital - Bankruptcy
Employee:       Michael R. Lane
Position:       Managing Director
Dates:          April 1, 2013 - May 31, 2014
Per Diem Rate:  $ 6,250

| Date | Fairmont Related On Site | Fairmont Related Off-Site | Weekly Total Billable Days | Monthly Total Billable Days | Monthly Total Billed |
|---|---|---|---|---|---|
| Tuesday, April 01, 2014 | | | - | - | |
| Wednesday, April 02, 2014 | | | - | - | |
| Thursday, April 03, 2014 | | | - | - | |
| Friday, April 04, 2014 | | | - | - | |
| Saturday, April 05, 2014 | | | - | - | |
| Sunday, April 06, 2014 | | | - | - | |
| Monday, April 07, 2014 | | | - | - | |
| Tuesday, April 08, 2014 | | | - | - | |
| Wednesday, April 09, 2014 | | | - | - | |
| Thursday, April 10, 2014 | | | - | - | |
| Friday, April 11, 2014 | | | - | - | |
| Saturday, April 12, 2014 | | | - | - | |
| Sunday, April 13, 2014 | | | - | - | |
| Monday, April 14, 2014 | X | | 1 | 1 | |
| Tuesday, April 15, 2014 | X | | 2 | 2 | |
| Wednesday, April 16, 2014 | | | 2 | 2 | |
| Thursday, April 17, 2014 | X | | 3 | 3 | |
| Friday, April 18, 2014 | | | 3 | 3 | |
| Saturday, April 19, 2014 | | | 3 | 3 | |
| Sunday, April 20, 2014 | | | - | 3 | |
| Monday, April 21, 2014 | | | - | 3 | |
| Tuesday, April 22, 2014 | | | - | 3 | |
| Wednesday, April 23, 2014 | | | - | 3 | |
| Thursday, April 24, 2014 | | | - | 3 | |
| Friday, April 25, 2014 | | | - | 3 | |
| Saturday, April 26, 2014 | | | - | 3 | |
| Sunday, April 27, 2014 | | | - | 3 | |
| Monday, April 28, 2014 | X | | 1 | 4 | |
| Tuesday, April 29, 2014 | X | | 2 | 5 | |
| Wednesday, April 30, 2014 | X | | 3 | 6 | 37,500.00 |
| Thursday, May 01, 2014 | | | 3 | - | |
| Friday, May 02, 2014 | | | 3 | - | |
| Saturday, May 03, 2014 | | | 3 | - | |
| Sunday, May 04, 2014 | | | - | - | |
| Monday, May 05, 2014 | | | - | - | |
| Tuesday, May 06, 2014 | X | | 1 | 1 | |
| Wednesday, May 07, 2014 | X | | 2 | 2 | |
| Thursday, May 08, 2014 | | | 2 | 2 | |
| Friday, May 09, 2014 | | | 2 | 2 | |
| Saturday, May 10, 2014 | | | 2 | 2 | |
| Sunday, May 11, 2014 | | | - | 2 | |
| Monday, May 12, 2014 | | | - | 2 | |
| Tuesday, May 13, 2014 | | | - | 2 | |
| Wednesday, May 14, 2014 | | | - | 2 | |
| Thursday, May 15, 2014 | | | - | 2 | |
| Friday, May 16, 2014 | | | - | 2 | |

| | |
|---|---|
| Project: | Fairmont General Hospital - Bankruptcy |
| Employee: | Michael R. Lane |
| Position: | Managing Director |
| Dates: | April 1, 2013 - May 31, 2014 |
| Per Diem Rate: | $ 6,250 |

| Date | Fairmont Related On Site | Fairmont Related Off-Site | Weekly Total Billable Days | Monthly Total Billable Days | Monthly Total Billed |
|---|---|---|---|---|---|
| Saturday, May 17, 2014 | | | - | 2 | |
| Sunday, May 18, 2014 | | | - | 2 | |
| Monday, May 19, 2014 | X | | 1 | 3 | |
| Tuesday, May 20, 2014 | X | | 2 | 4 | |
| Wednesday, May 21, 2014 | | | 2 | 4 | |
| Thursday, May 22, 2014 | | | 2 | 4 | |
| Friday, May 23, 2014 | | | 2 | 4 | |
| Saturday, May 24, 2014 | | | 2 | 4 | |
| Sunday, May 25, 2014 | | | - | 4 | |
| Monday, May 26, 2014 | | | - | 4 | |
| Tuesday, May 27, 2014 | | | - | 4 | |
| Wednesday, May 28, 2014 | | | - | 4 | |
| Thursday, May 29, 2014 | | | - | 4 | |
| Friday, May 30, 2014 | | | - | 4 | |
| Saturday, May 31, 2014 | | | - | 4 | 25,000.00 |

| | |
|---|---|
| *Total Days in Fee App* | 10 |
| *Total Per Diem Fees* | $ 62,500 |
| *April Retainer* | $ 25,000 |
| *May Retainer* | $ 25,000 |
| *Total Fees* | $ 112,500 |