# SPILMAN THOMAS & BATTLE

### ATTORNEYS AT LAW

Prepared for:

Fairmont General Hospital
Peggy Coster, CEO
Whitney Patterson, CFO
1325 Locust Avenue
Fairmont, WV 26554

January 15, 2015
Client:                 001986
Matter:                 0044
Billing Professional:   Rayford K. Adams III
Invoice:                5249241
FEIN:                   55-0282458

**CLIENT:**   Fairmont General Hospital
**MATTER:**   Chapter 11 Bankruptcy Filing and Reorganization

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ |
|---|---|---|---|---|
| 308,934.49 | (141,439.92) | 0.00 | 37,909.57 | 205,404.14 |

Terms - Payable in full on receipt

### INVOICE SUMMARY

| | |
|---|---|
| Fees for Professional Services | $37,491.75 |
| Costs | 417.82 |
| **TOTAL THIS INVOICE** | **$37,909.57** |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 37,909.57 | 0.00 | 15,440.80 | 0.00 | 152,053.77 |

**Direct any questions to our Billing Department at 1-800-967-8251.**



## SPILMAN THOMAS & BATTLE, PLLC

### ATTORNEYS AT LAW

January 15, 2015
Client:                 001986
Matter:                 0044
Billing Professional:   Rayford K. Adams III
Invoice:                5249241

| New Balance $ | Amount Enclosed $ |
|---|---|
| 205,404.14 | |

Mail payment to:

ATTN:  Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

Payment Coupon

Exhibit A

No. 1:13-bk-01054   Doc 1127   Filed 02/18/15   Entered 01/28/15 11:36:06   Page 2 of 22

**SPILMAN THOMAS & BATTLE**
ATTORNEYS AT LAW

CLIENT:   001986
MATTER:   0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|

**PROFESSIONAL SERVICES**

**ASSET ANALYSIS AND RECOVERY — P101**

—

| 12/17/14 | III Rayford K., Adams Counsel | Telephone conference with Whitney Patterson re monthly reports and Medicare reimbursement; Email to Noreen O'Grady re Medicare reimbursement; Review Medicare reimbursement documents. | 1.20 | 432.00 |

| **TOTAL** — | | | **1.20** | **432.00** |

| **TOTAL ASSET ANALYSIS AND RECOVERY — P101** | | | | **432.00** |

**ASSET DISPOSITION — P102**

—

| 11/04/14 | III Rayford K., Adams Counsel | Telephone conference with Jeb Schmitt re variance issues and status of gap calculation. | 0.20 | 72.00 |
| 11/15/14 | David R., Croft Member | Correspond with Mike Sarrao to address closing documents. | 0.20 | 58.00 |
| 11/17/14 | III Rayford K., Adams Counsel | Telephone conference with Dave Croft re status of remaining issues on Alecto transaction. | 0.40 | 144.00 |
| 11/19/14 | III Rayford K., Adams Counsel | Email to Mark Bradshaw re gap calculation dispute. | 0.40 | 144.00 |

| **TOTAL** — | | | **1.20** | **418.00** |

| **TOTAL ASSET DISPOSITION — P102** | | | | **418.00** |

**ASSUMPTION AND REJECTION OF LEASES AND CONTRAC — P103**

—

**SPILMAN THOMAS & BATTLE**

ATTORNEYS AT LAW

| CLIENT: | 001986 |
| MATTER: | 0044 |

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/05/14 | III Rayford K., Adams<br>Counsel | Telephone conference with Julie Chincheck re Bonfili claim and Highmark contracts. | 0.30 | 108.00 |
| 11/06/14 | Milind K., Dongre<br>Associate | E-mailed Whitney Patterson re Highmark contract rejection issue (only one rejection reflected despite there having been 3 contracts) | 0.10 | 22.50 |
| 11/11/14 | Milind K., Dongre<br>Associate | Conference re Highmark contract rejection amendments; call with and e-mail to Julie Chinkcheck, counsel for Highmark, re identification of contracts intended to be rejected. | 0.70 | 157.50 |
| 11/12/14 | III Rayford K., Adams<br>Counsel | Review emails and drafts of motions on additional contracts to be rejected; Discussion with Milind Dongre re additional contracts; Telephone conference with Whitney Patterson re contracts; Telephone conference with Mike Garrison re contracts, gap calculation, and general matters. | 1.30 | 468.00 |
| 11/12/14 | Milind K., Dongre<br>Associate | Analysis of Dr. Bonfili admin. claim motion to determine response and drafting of objection; conference re newly-discovered SourceMed contract, and postpetition Toshiba contract which Fairmont seeks to reject. | 3.70 | 832.50 |
| 11/13/14 | Milind K., Dongre<br>Associate | Drafted Response to Bonfili motion for administrative claim; drafted motion to reject Source Med contract; drafted rejection of Price Ganey Contract. | 4.00 | 900.00 |
| 11/18/14 | III Rayford K., Adams<br>Counsel | Review and revise motion to reject Toshiba agreement. | 0.30 | 108.00 |
| 11/19/14 | Milind K., Dongre<br>Associate | Conference re pending matter including new contract rejections, new incentive compensation claim, sufficiency of Sodexo 503(b)(9) claim, and discussion re strategy and edits on response to Bonfili claim; reviewed sufficiency of Sodexo POC and gave recommendation to supervising attorney. | 3.90 | 877.50 |
| 11/21/14 | III Rayford K., Adams<br>Counsel | Review correspondence from Toshiba re service agreement on CT unit; Discussion with Milind Dongre re Toshiba and Bonfili matters; Voice mail to | 0.60 | 216.00 |
| 11/24/14 | Katherine A., Brewer<br>Paralegal | Finalize and file motion to reject SourceMed contract and communicate with Epiq regarding appropriate service of same. | 0.30 | 34.50 |

**SPILMAN THOMAS & BATTLE**
A T T O R N E Y S   A T   L A W

No. 1:13-bk-01054 Doc 1127 Filed 01/28/15 Entered 01/28/15 11:36:06 Page 4 of 22

| CLIENT: | 001986 | | | |
|---|---|---|---|---|
| MATTER: | 0044 | | | |

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| 12/30/14 | Katherine A., Brewer<br>Paralegal | Draft order on motion to reject SourceMed Contract and forward same to Trip Adams for review and approval. | 0.60 | 69.00 |
|---|---|---|---|---|
| | **TOTAL** — | | **15.80** | **3,793.50** |

**TOTAL ASSUMPTION AND REJECTION OF LEASES AND CONTRAC** — **P103**            **3,793.50**

**BUDGETING (CASE)** — **P105**

—

| 11/04/14 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Garrison re status of Amerisource contract (post-petition pharmacy contract); Review proforma for fee application. | 0.60 | 216.00 |
|---|---|---|---|---|
| 11/26/14 | Michael S., Garrison<br>Member | Review of budget email from counsel for bondholders and emails with Mr. Adams related to same | 0.80 | 264.00 |
| 12/02/14 | Michael S., Garrison<br>Member | Call with Mr. Adams regarding budgeting issues, various claims and related objections, and lifting stay requests | 1.00 | 330.00 |
| | **TOTAL** — | | **2.40** | **810.00** |

**TOTAL BUDGETING (CASE)** — **P105**            **810.00**

**BUSINESS OPERATIONS** — **P106**

—

| 11/11/14 | David R., Croft<br>Member | Obtain and provide B&O Agreement to Mike Sarrao; compile closing binders for parties to APA. | 1.10 | 319.00 |
|---|---|---|---|---|
| 12/22/14 | Milind K., Dongre<br>Associate | Called Terri Bonasso re technically-responsive insurance documents to Willis Order; obtained same via e-mail for inclusion in statement to be delivered to Willis'. | 0.35 | 78.75 |
| | **TOTAL** — | | **1.45** | **397.75** |

**TOTAL BUSINESS OPERATIONS** — **P106**            **397.75**

No. 1:13-bk-01054 Doc 1127 Filed 02/13/15 Entered 01/28/15 11:36:06 Page 5 of 22

**SPILMAN THOMAS & BATTLE**

ATTORNEYS AT LAW

| | |
|---|---|
| **CLIENT:** 001986 | January 15, 2015 |
| **MATTER:** 0044 | Client Matter 001986.0044 |
| | Invoice 5249241 |

**CASE ADMINISTRATION — P107**

—

| Date | Name / Title | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/14 | Michael S., Garrison<br>Member | Call with Mr. Adams regarding upcoming hearing and issues related to same | 0.50 | 165.00 |
| 11/03/14 | David R., Croft<br>Member | Participate in Telephone conference with with Attorneys Garrison and Adams to address outstanding claims and meeting with creditors committee. | 0.80 | 232.00 |
| 11/03/14 | Katherine A., Brewer<br>Paralegal | Discussion with Trip Adams regarding service of administrative procedures order and work with Epiq on service instructions; receipt and review of publication proof. | 0.90 | 103.50 |
| 11/03/14 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Garrison and Dave Croft re meeting with committee counsel; Email to Andrew Sherman and Nathan Coco re draft order resolving Flower claim; Review draft of order on claim. | 0.50 | 180.00 |
| 11/04/14 | Katherine A., Brewer<br>Paralegal | Update file with recently filed documents and calendaring of all pertinent deadlines; receipt and review of hearing cancellation on Flowers motion and objection; receipt, review, and processing of Agreed Order Resolving Flowers Claim. | 0.50 | 57.50 |
| 11/05/14 | Katherine A., Brewer<br>Paralegal | Emails with Epiq regarding administrative claim forms and revisions. | 0.80 | 92.00 |
| 11/05/14 | III Rayford K., Adams<br>Counsel | Review and reply to emails from Deb Wertman re monthly reports. | 0.20 | 72.00 |
| 11/08/14 | Katherine A., Brewer<br>Paralegal | Email Epiq with instructions for service of final H2C compensation order. | 0.10 | 11.50 |
| 11/10/14 | Katherine A., Brewer<br>Paralegal | Emails with Epiq regarding service of administrative claims notices and emails about revisions to claim forms. | 0.60 | 69.00 |
| 11/10/14 | Katherine A., Brewer<br>Paralegal | Review and update documents filed and entered by the court. | 0.30 | 34.50 |
| 11/10/14 | III Rayford K., Adams<br>Counsel | Follow-up on H2C fee approval; Review email from Judy Thompson re admin claim for her client. | 0.30 | 108.00 |

# SPILMAN THOMAS & BATTLE

ATTORNEYS AT LAW

| CLIENT: | 001986 |
| MATTER: | 0044 |

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/14 | III Rayford K., Adams Counsel | Email to Judy Thompson re status of Sodexo 503(b)(9) claim; Further review of claim forms; Review email chain with Epiq re service of admin claim notices, etc. | 0.50 | 180.00 |
| 11/12/14 | III Rayford K., Adams Counsel | Telephone conference with Whitney Patterson re pending matters; Voice mail to Dave Croft re tax returns for hospital; Review drafts of motions re rejection of additional contracts. | 0.80 | 288.00 |
| 11/17/14 | Michael S., Garrison Member | Review of emails related to Gap Period calculation and discussion of same with Mr. Adams in effort to resolve same | 1.00 | 330.00 |
| 11/17/14 | David R., Croft Member | Telephone conference with Trip Adams to discuss tax returns; complete and submit closing binders to parties to APA. | 1.20 | 348.00 |
| 11/19/14 | Michael S., Garrison Member | Further analysis of GAP period calculation and review of emails from counsel for creditors' committee and bondholders; email discussion of same with Mr. Adams | 1.00 | 330.00 |
| 11/19/14 | Katherine A., Brewer Paralegal | Receipt and review of orders granting fee applications of Sills Cummis and CohnReznick; communication with Epiq regarding service of Spilman's fee application and Notice to Parties in Interest. | 0.20 | 23.00 |
| 11/19/14 | III Rayford K., Adams Counsel | Review status of pending drafts of pleadings; Discussion with Milind Dongre re Sodexo 503(b)(9) claim; Follow-up emails re gap period calculation. | 0.90 | 324.00 |
| 11/19/14 | III Rayford K., Adams Counsel | Review and finalize SourceMed motion to reject; Review email from Milind Dongre re Bonfili response. | 0.40 | 144.00 |
| 11/20/14 | Michael S., Garrison Member | Further GAP period analysis and review prior emails among counsel to understand and analyze appropriate scope of agreement to prepare for discussions with counsel for Alecto and resolution of matter among all parties | 2.50 | 825.00 |
| 11/20/14 | III Rayford K., Adams Counsel | Review status of gap calculation; Additional emails re same; Telephone conference with Whitney Patterson re Sodexo claim; Email to Judy Thompson re same. | 0.50 | 180.00 |
| 11/21/14 | III Rayford K., Adams Counsel | Review status of various matters; Review email from Steve Brooks re his fees; Review pleading in Willis case. | 0.50 | 180.00 |

No. 1:13-bk-01054   Doc 1127   Filed 02/13/15   Entered 01/28/15 11:36:06   Page 7 of 22

# SPILMAN THOMAS & BATTLE
### ATTORNEYS AT LAW

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/14 | David R., Croft<br>Member | Telephone conference with Tony Mazelon of Hilliard to address notice of filing deadline for administrative claims. | 0.50 | 145.00 |
| 11/25/14 | Katherine A., Brewer<br>Paralegal | Receipt and review of notice of objection deadline to the motion to reject the SourceMed contract and calendaring of same. | 0.10 | 11.50 |
| 12/01/14 | Katherine A., Brewer<br>Paralegal | Finalize and file objection to Bonfili's claim for payment of claim as an administrative expense and communicate with Epiq regarding service of same; review filings and update files with all documents filed and entered and calendar all deadlines received over the past week. | 0.80 | 92.00 |
| 12/02/14 | Michael S., Garrison<br>Member | Reviewing gap period calculation and discussions with Mr. Adams to prepare for discussions with M. Sarrao of Alecto | 1.00 | 330.00 |
| 12/02/14 | III Rayford K., Adams<br>Counsel | Conference call with Mike Garrison and Milind Dongre re status of outstanding issues; Review pending matters for responses. | 0.90 | 324.00 |
| 12/05/14 | Michael S., Garrison<br>Member | Discussions with Mr. Adams and later with M. Sarrao of Alecto regarding gap period calculation | 0.70 | 231.00 |
| 12/05/14 | III Rayford K., Adams<br>Counsel | Review various pending matters; Review objection to Cook claim filed by the Committee; Several emails with Whitney Patterson re monthly report information and status of tax payments; Final review of cash collateral stipulation; Email exchange with Nathan Coco re same; Discussions with Kathy Brewer re monthly reports. | 1.00 | 360.00 |
| 12/09/14 | Michael S., Garrison<br>Member | Discussions with M. Sarrao, General Counsel for Alecto, and Mr. Adams, regarding Gap Period analysis and issues related to same in effort to resolve | 1.00 | 330.00 |
| 12/10/14 | Katherine A., Brewer<br>Paralegal | Review and update docket; communication with Epiq regarding need to serve Stipulation Extending Term of Cash Collateral Order. | 0.60 | 69.00 |
| 12/15/14 | Michael S., Garrison<br>Member | Discussions and emails with Mr. Adams regarding insurance information request by counsel for Willis and call to counsel for Willis regarding non-objection to request but desire for more time related to production of documents | 1.00 | 330.00 |

No. 1:13-bk-01054   Doc 1127  Filed 01/28/15   Entered 01/28/15 11:36:06   Page 8 of 22

# SPILMAN THOMAS & BATTLE
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **CLIENT:** 001986 | | January 15, 2015 |
| **MATTER:** 0044 | | Client Matter 001986.0044 |
| | | Invoice 5249241 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/15/14 | III Rayford K., Adams Counsel | Review status of objection to motion to disclose insurance policy information; Email exchange with Mike Garrison re status of motion; Email exchange with Lisa McNeil re changing hearing time tomorrow from 2:00 to 10:30. | 0.80 | 288.00 |
| 12/15/14 | III Rayford K., Adams Counsel | Email to Whitney Patterson re self-insurance status for Willis motion; Email to Milind Dongre re same. | 0.30 | 108.00 |
| 12/15/14 | III Rayford K., Adams Counsel | Telephone conference with Mike Garrison re insurance issue in Willis matter, his conversation with Mike Sarrao re the gap calculation, and other pending matters; Review draft of order in Willis matter; Discussion with Kathy Brewer re Gleason fee order. | 1.80 | 648.00 |
| 12/15/14 | Milind K., Dongre Associate | Correspondence of status of response to motion for liability insurance information; drafted consent order re same; conference and correspondence re depository list required by DOJ and initiated collection of information for same. | 0.80 | 180.00 |
| 12/16/14 | Michael S., Garrison Member | Working on finalizing Gap Period calculation agreement and resolution on insurance proceeds matter | 0.50 | 165.00 |
| 12/16/14 | III Rayford K., Adams Counsel | Further review and revision of consent order on Willis motion for disclosure of insurance information; Email to Mike Garrison re same; Voice mail to Mike Garrison re status of Willis and discussions with Mike Sarrao on gap calculation. | 0.70 | 252.00 |
| 12/17/14 | Michael S., Garrison Member | Review case provided by counsel for creditors and discussion/analysis of same with Mr. Adams | 0.80 | 264.00 |
| 12/17/14 | III Rayford K., Adams Counsel | Review status of Willis motion and order; Email to Whitney Patterson re same. | 0.20 | 72.00 |
| 12/17/14 | III Rayford K., Adams Counsel | Telephone conference with Andrew Sherman re status of open questions on additional funds for the estate; Review Medicare cost report documents for discussion with Noreen O'Grady on Medicare reimbursement. | 0.50 | 180.00 |
| 12/18/14 | Michael S., Garrison Member | Working on attempted resolution of Gap Period calculation between Alecto and Creditors/Bond Holders | 1.00 | 330.00 |

No. 1:13-bk-01054 Doc 1127 Filed 01/28/15 Entered 01/28/15 11:36:06 Page 9 of 22

# SPILMAN THOMAS & BATTLE
A T T O R N E Y S   A T   L A W

**CLIENT:** 001986
**MATTER:** 0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/18/14 | III Rayford K., Adams<br>Counsel | Review status of Willis motion and order; Email exchange with Lisa McNeil re pending orders; Review and final revisions to monthly reports; Discussion with Kathy Brewer re finalizing monthly reports; Review all bank statements. | 1.60 | 576.00 |
| 12/19/14 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Garrison re status of gap period settlement, administrative claim totals, and plan process; Review West Virginia case on assignments of legal malpractice claims; Telephone conference with Mike Garrison re order entered on Willis motion. | 1.40 | 504.00 |
| 12/23/14 | Michael S., Garrison<br>Member | Continued work on resolving outstanding Gap Period issues and discussion with Mr. Adams regarding same; review of prior notes to further analyze matter and bring to resolution | 1.30 | 429.00 |
| 12/23/14 | III Rayford K., Adams<br>Counsel | Review emails from Noreen O'Grady and Mike Sarrao re settlement payment; Forward email to parties; Telephone conference with Whitney Patterson re Medicare payment; Review and reply to email from Mike Benninger re order in Willis matter. | 0.40 | 144.00 |
| 12/23/14 | III Rayford K., Adams<br>Counsel | Review email from Mike Sarrao re status of Medicare/Medicaid settlement, payment, final cost reports, and offsets; Voice mail to Whitney Patterson re same; Voice mail to Mike Garrison re same. | 0.30 | 108.00 |
| 12/30/14 | III Rayford K., Adams<br>Counsel | Follow-up on various claim matters and payment of Nathan Coco's fees. | 0.30 | 108.00 |
| 12/30/14 | III Rayford K., Adams<br>Counsel | Telephone conference with Andrew Sherman re general status of case, including Abbott motion, Medicare payments, status of plan, and gap calculation settlement; Email to Whitney Patterson re pending issues for discussion; Voice mail to Mike Garrison re status of case. | 1.20 | 432.00 |
| 12/30/14 | Milind K., Dongre<br>Associate | Correspondence re Abbott Labs late-filed claim. | 0.10 | 22.50 |
| 12/31/14 | Katherine A., Brewer<br>Paralegal | Upload proposed order on motion to reject SourceMed contract; communication with Epiq on instructions for serving same. | 0.30 | 34.50 |
| **TOTAL —** | | | **36.90** | **11,344.50** |

No. 1:13-bk-01054  Doc 21 Filed 01/28/15  Entered 01/28/15 11:36:06  Page 10 of 22

**SPILMAN THOMAS & BATTLE**
A T T O R N E Y S  A T  L A W

CLIENT:    001986
MATTER:  0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

**TOTAL CASE ADMINISTRATION — P107**                                      **11,344.50**


**CLAIMS ADMINISTRATION AND OBJECTIONS — P108**

—

| | | | | |
|---|---|---|---|---|
| 11/03/14 | III Rayford K., Adams Counsel | Discussion with Kathy Brewer to coordinate service of the admin claim documents; Discussion with Milind Dongre re same. | 0.50 | 180.00 |
| 11/03/14 | III Rayford K., Adams Counsel | Review docket for tomorrow's hearing; Email to Kit Francis re status of hearing; Email exchanges with Andrew Sherman and Nathan Coco re order settling Dr. Flower's claim; Email to Lisa McNeil re status of hearing tomorrow. | 0.60 | 216.00 |
| 11/05/14 | III Rayford K., Adams Counsel | Review and reply to emails re modifying the proof of claim forms for admin claims. | 0.20 | 72.00 |
| 11/10/14 | III Rayford K., Adams Counsel | Review admin claims form; Discussion with Kathy Brewer re status of service of claim forms. | 0.40 | 144.00 |
| 11/12/14 | Michael S., Garrison Member | Discussions and emails with Mr. Adams and Ms. Patterson regarding possible administrative claims and analysis of the same in effort to resolve | 1.00 | 330.00 |
| 11/13/14 | III Rayford K., Adams Counsel | Review and revise objection to admin claim of Dr. Bonfili. | 1.00 | 360.00 |
| 11/18/14 | III Rayford K., Adams Counsel | Review and revise objection to Bonfili admin claim motion; Email to Milind Dongre re same. | 1.40 | 504.00 |
| 11/20/14 | III Rayford K., Adams Counsel | Review email from Milind Dongre re Sodexo 503(b)(9) claim; Email to Andrew Sherman and Boris Mankovetskiy re Sodexo claim; Email to Andrew Sherman and others re status of gap calculation dispute; Telephone conference with Andrew Sherman re gap calculation and Sodexo 503 claim. | 0.90 | 324.00 |
| 11/20/14 | III Rayford K., Adams Counsel | Complete and send email to Judy Thompson re Sodexo admin claim. | 0.20 | 72.00 |
| 11/20/14 | Milind K., Dongre Associate | Review of and correspondence re Cook administrative claim; Correspondence re Sodexo admin. claim; correspondence re gap period calculation correspondence. | 0.50 | 112.50 |

**SPILMAN THOMAS & BATTLE**
A T T O R N E Y S   A T   L A W

CLIENT:  001986
MATTER:  0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/14 | Milind K., Dongre Associate | Analyzed Toshiba post-petition contract for termination possibilities and sent memo e-mail re same to supervising counsel; pulled and sent e-mail to Whitney Patterson re admin notice and forms, per creditor's request Patterson; correspondence with counsel for creditor Canon Financial Services re claim, obtained account number for same; analysis of PA Cook's administrative claim and e-mail re same to supervising counsel. | 2.00 | 450.00 |
| 11/24/14 | Milind K., Dongre Associate | Finalized filing of rejection of Source Medical contract; sent PDF of same to Whitney Patterson for immediate negotiation of new contract. | 0.20 | 45.00 |
| 11/25/14 | III Rayford K., Adams Counsel | Review draft of Bonfili claim; Emails to committee and Milind re status of objection. | 0.80 | 288.00 |
| 11/25/14 | Milind K., Dongre Associate | Correspondence re status of objection to Bonfili administrative claim; fielding of unrepresented creditor's voice message seeking legal advice--directed paralegal to inform same to seek counsel. | 0.40 | 90.00 |
| 11/26/14 | Milind K., Dongre Associate | Additional correspondence with supervising attorneys re finalizing objection to Bonfili administrative claim. | 0.20 | 45.00 |
| 12/01/14 | David R., Croft Member | Telephone conference with Attorney Altmeyer to discuss status of secured claims; correspond with Attorney Adams to address the issue. | 0.60 | 174.00 |
| 12/01/14 | III Rayford K., Adams Counsel | Discussions with Kathy Brewer and Milind Dongre re Bonfili objection; Review Cook claim information; Discussion with Milind Dongre re Cook claim; Telephone conference with Whitney Patterson and Milind Dongre re background on Cook claim and strategy for objection to it. | 1.20 | 432.00 |
| 12/01/14 | Milind K., Dongre Associate | Finalized Objection to Bonfili Administrative Claim for filing same day, including final proof following alterations by co-counsel, as well as elimination of reference to exhibits. | 1.50 | 337.50 |
| 12/02/14 | III Rayford K., Adams Counsel | Review and reply to email from Whitney Patterson re Cook incentive compensation status; Email to Kit Francis re Flower payment; Review Whitney Patterson's calculation of Cook incentive pay. | 0.90 | 324.00 |

No. 1:13-bk-01054    Doc 121    Filed 01/28/15    Entered 01/28/15 11:36:06    Page 12 of 22

# SPILMAN THOMAS & BATTLE

ATTORNEYS AT LAW

| CLIENT: | 001986 | | | | |
|---|---|---|---|---|---|
| MATTER: | 0044 | | | | |

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| | | | | | |
|---|---|---|---|---|---|
| 12/02/14 | III Rayford K., Adams Counsel | Discussion with Milind Dongre re response to Cook's motion; Emails with Joel Walker and Whitney Patterson re payments to Allscripts and Flower. | | 0.40 | 144.00 |
| 12/02/14 | Milind K., Dongre Associate | Conference call re request for insurance information, Cook claim, and gap period issue; correspondence re Cook claim and analysis of relevant contract addendum. | | 0.80 | 180.00 |
| 12/03/14 | Milind K., Dongre Associate | Drafted Response to Cook claim. | | 2.60 | 585.00 |
| 12/04/14 | III Rayford K., Adams Counsel | Review voice mail from Todd Mages re admin claim; Email to Milind Dongre re same; Review and revise response to Cook claim; Email to Milind Dongre re same. | | 2.30 | 828.00 |
| 12/04/14 | III Rayford K., Adams Counsel | Review and reply to email from Andrew Sherman re Cook objection; Discussion with Milind Dongre re edits to the Cook objection. | | 0.60 | 216.00 |
| 12/04/14 | Milind K., Dongre Associate | Conference re edits to objection to Cook payment claim; fielded voice message of Creditor Todd Mages. | | 0.75 | 168.75 |
| 12/05/14 | III Rayford K., Adams Counsel | Review latest draft of Cook objection; Telephone conference with Whitney Patterson re monthly reports and Cook objection; Discussion with Kathy Brewer re monthly reports; Telephone conference with Lisa McNeil re status conference to discuss plan; Email to Deb Wertman re status conference; Reply to email from Deb Wertman re status conference; Email to Whitney Patterson re Cook objection and monthly reports. | | 1.30 | 468.00 |
| 12/05/14 | Milind K., Dongre Associate | Final review of objection to Cook claim for submission to client. | | 0.40 | 90.00 |
| 12/05/14 | Milind K., Dongre Associate | Examined Mages claim and returned his call to relate only advisability of consulting his own attorney if he had concerns; drafted notice of publication of admin. bar notice; contacted epiq re creating pending fee app report. | | 1.40 | 315.00 |
| 12/08/14 | III Rayford K., Adams Counsel | Review email from Travis Dailey re Microsoft contracts and claims; Review proof of claim filed by Microsoft. | | 0.30 | 108.00 |

No. 1:13-bk-01054  Doc 221 Filed 01/28/15  Entered 01/28/15 11:36:06  Page 13 of 22

# SPILMAN THOMAS & BATTLE
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| CLIENT: 001986 | | January 15, 2015 |
| MATTER: 0044 | | Client Matter 001986.0044 |
| | | Invoice 5249241 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/14 | III Rayford K., Adams Counsel | Review and reply to email from Travis Dailey re Microsoft rejection claim; Review documents re Microsoft claims; Email to Whitney Patterson re Microsoft claims; Email to Andrew Sherman re same; Email to Travis Dailey (counsel for Microsoft) re rejection and admin claims; Telephone conference with Whitney Patterson re background of Microsoft claims. | 1.30 | 468.00 |
| 12/08/14 | III Rayford K., Adams Counsel | Review email from Whitney Patterson re Microsoft claims; Email to Travis Dailey re Microsoft rejection and administrative claims. | 0.90 | 324.00 |
| 12/08/14 | Milind K., Dongre Associate | Review of facts and conference re e-mail from Microsoft counsel re alleged post-petition claims. | 0.10 | 22.50 |
| 12/10/14 | III Rayford K., Adams Counsel | Telephone conference with Rick Wallace re settlement of employment case. | 0.20 | 72.00 |
| 12/11/14 | Milind K., Dongre Associate | Fielded call from creditor Medical Reimbursements of America re Administrative Expense Claim, notified that could not provide legal advice. | 0.10 | 22.50 |
| 12/15/14 | III Rayford K., Adams Counsel | Telephone conference with Andrew Sherman re Bonfili hearing and status of plan prior to hearing and status conference with Judge Flatley. | 0.30 | 108.00 |
| 12/16/14 | III Rayford K., Adams Counsel | Review Bonfili pleadings for hearing; Email exchange with Nathan Coco re today's status hearing; Attend telephonic hearing on Bonfili administrative expense claim and status hearing on plan procedure. | 1.50 | 540.00 |
| 12/19/14 | III Rayford K., Adams Counsel | Review claims information from Epiq; Review latest filing re bank accounts at Huntington Bank; Email to Milind Dongre and Kathy Brewer re bank account form. | 1.10 | 396.00 |
| 12/19/14 | III Rayford K., Adams Counsel | Review administrative claim spreadsheet from Epiq; Email to parties sending spreadsheet. | 0.80 | 288.00 |
| 12/30/14 | III Rayford K., Adams Counsel | Review email from Nathan Coco re payment of his fees as adequate protection; Review motion by Abbott Labs to enlarge the deadline for 503(b)(9) claims for their late-filed claim; Email to Andrew Sherman and Nathan Coco re strategy for handling Abbott motion. | 0.80 | 288.00 |

**SPILMAN THOMAS & BATTLE**
ATTORNEYS AT LAW

| CLIENT: | 001986 | | | | |
|---|---|---|---|---|---|
| MATTER: | 0044 | | | January 15, 2015 | |
| | | | | Client Matter 001986.0044 | |
| | | | | Invoice 5249241 | |

| 12/30/14 | III Rayford K., Adams Counsel | Review status of administrative expense claims; Email exchange with Whitney Patterson re pending payments; Review and revise draft order on rejection of Source Medical contract. | 0.70 | 252.00 |
|---|---|---|---|---|
| 12/31/14 | III Rayford K., Adams Counsel | Review email and claims list from Epiq. | 0.30 | 108.00 |

**TOTAL** –                                                **33.45   10,491.75**

**TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS** – **P108**        **10,491.75**

**EMPLOYMENT AND FEE APPLICATIONS** – **P111**

–

| 11/03/14 | Katherine A., Brewer Paralegal | Prepare draft H2C proposed order on final fee application and forward same to Trip Adams for review. | 0.60 | 69.00 |
|---|---|---|---|---|
| 11/04/14 | Katherine A., Brewer Paralegal | Review Gleason invoices and prepare fee application for July 1, 2014 through September 30, 2014 and forward to Trip Adams for review. | 0.70 | 80.50 |
| 11/04/14 | Katherine A., Brewer Paralegal | Finalize and upload proposed order allowing sixth and final fee application of H2C. | 0.15 | 17.25 |
| 11/04/14 | III Rayford K., Adams Counsel | Review draft of order for H2C fee application; Review STB proforma for fee application; Discussion with Milind Dongre re same. | 0.60 | 216.00 |
| 11/04/14 | III Rayford K., Adams Counsel | Review fee application for Gleason & Assoc.; Review monthly report; Discussion with Kathy Brewer re same; Email re CMS settlement payment; Telephone conference with Whitney Patterson re CMS payment and cash and AR balances. | 0.90 | 324.00 |
| 11/05/14 | III Rayford K., Adams Counsel | Final review of proforma for fee application. | 0.20 | 72.00 |
| 11/10/14 | Katherine A., Brewer Paralegal | Email final H2C compensation order to client for payment. | 0.20 | 23.00 |

No. 1:13-bk-01054   Doc 21  Filed 01/28/15   Entered 01/28/15 11:36:06   Page 15 of 22

# SPILMAN THOMAS & BATTLE

### A T T O R N E Y S   A T   L A W

CLIENT: 001986
MATTER: 0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/14 | Katherine A., Brewer<br>Paralegal | Prepare fee application for Spilman's September-October invoice and submit it to client for approval; file Spilman fee application; revise Gleason fee application to include October invoice and finalize same and send to Gleason for approval. | 4.10 | 471.50 |
| 11/18/14 | III Rayford K., Adams<br>Counsel | Review draft of Spilman fee application; Email to Whitney Patterson re approval of fee application. | 0.50 | 180.00 |
| 11/19/14 | Katherine A., Brewer<br>Paralegal | Finalize and file Fourth Application for Compensation by Gleason and Associates. | 0.30 | 34.50 |
| 12/12/14 | Katherine A., Brewer<br>Paralegal | Prepare proposed order on Gleason Fee Application; upload proposed order on Spilman's fee application. | 0.50 | 57.50 |
| **TOTAL** — | | | **8.75** | **1,545.25** |

**TOTAL EMPLOYMENT AND FEE APPLICATIONS** — P111      **1,545.25**

**FINANCING AND CASH COLLATERAL** — P113

—

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/14 | III Rayford K., Adams<br>Counsel | Review and reply to email from Nathan Coco re cash collateral and budget; Review proposed budget for next three months; Emails re Bonfili objection. | 0.60 | 216.00 |
| 12/03/14 | III Rayford K., Adams<br>Counsel | Email to Nathan Coco and Andrew Sherman re wind-down budget; Review proposed budget; Discussion with Kathy Brewer re monthly reports for October and November; Voice mail to Jeb Schmitt re budget | 1.50 | 540.00 |
| 12/03/14 | III Rayford K., Adams<br>Counsel | Telephone conference with Nathan Coco re cash collateral stipulation; Review draft stipulation; Finalize email to Nathan Coco and Andrew Sherman re comments on cash collateral budget. | 0.40 | 144.00 |
| 12/05/14 | III Rayford K., Adams<br>Counsel | Review updated budget and stipulation on cash collateral from Nathan Coco; Email to Nathan Coco and Andrew Sherman re cash collateral budget. | 0.80 | 288.00 |
| **TOTAL** — | | | **3.30** | **1,188.00** |

No. 1:13-bk-01054   Doc 121-1   Filed 01/28/15   Entered 01/28/15 11:36:06   Page 16 of 22

**SPILMAN THOMAS & BATTLE**

A T T O R N E Y S   A T   L A W

CLIENT:    001986
MATTER:    0044

**TOTAL FINANCING AND CASH COLLATERAL** – **P113**                          **1,188.00**

**LABOR MATTERS** – **P114**

–

| 11/05/14 | Richard M., Wallace Member | Preparation for upcoming 550 arbitration. | 5.20 | 1,378.00 |
| 11/06/14 | Richard M., Wallace Member | Preparation for Local 1199 grievance mediation. | 1.30 | 344.50 |
| 11/06/14 | Richard M., Wallace Member | Local 1199 grievance mediation. | 3.60 | 954.00 |
| 11/10/14 | Richard M., Wallace Member | Preparation of settlement documents for multiple Local 1199 grievances. | 3.10 | 821.50 |
| **TOTAL** – | | | **13.20** | **3,498.00** |

**TOTAL LABOR MATTERS** – **P114**                                       **3,498.00**

**LITIGATION** – **P115**

–

| 11/26/14 | Michael S., Garrison Member | Review and analysis of motion for insurance information to advise regarding same | 0.50 | 165.00 |
| **TOTAL** – | | | **0.50** | **165.00** |

**TOTAL LITIGATION** – **P115**                                          **165.00**

**MEETING AND COMMUNICATIONS WITH CREDITORS** – **P116**

–

| 11/25/14 | Michael S., Garrison Member | Emails from/to counsel for creditors' committee regarding objection to Bonfili motion and discussion of same via email with Mr. Adams | 0.20 | 66.00 |
| **TOTAL** – | | | **0.20** | **66.00** |

**TOTAL MEETING AND COMMUNICATIONS WITH CREDITORS** – **P116**               **66.00**

No. 1:13-bk-01054  Doc 121  Filed 01/28/15  Entered 01/28/15 11:36:06  Page 17 of 22

# SPILMAN THOMAS & BATTLE
### A T T O R N E Y S   A T   L A W

**CLIENT:** 001986
**MATTER:** 0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

## NON-WORKING TRAVEL — P117

—

| | | | | |
|---|---|---|---|---|
| 11/06/14 | Richard M., Wallace Member | Travel to Fairmont, WV for Local 1199 grievance mediation..(Reduction of 50% - $556.50 to $278.25) | 2.10 | 278.25 |
| 11/06/14 | Richard M., Wallace Member | Return travel to Charleston, WV after Local 1199 grievance mediation.(Reduction of 50% - $556.50 to $278.25) | 2.10 | 278.25 |
| **TOTAL** — | | | **4.20** | **556.50** |

**TOTAL NON-WORKING TRAVEL — P117**      **556.50**

## PLAN AND DISCLOSURE STATEMENT — P118

—

| | | | | |
|---|---|---|---|---|
| 12/31/14 | III Rayford K., Adams Counsel | Review plan term sheet draft; Email to Andrew Sherman and Nathan Coco re draft of treatment for bondholders and trade. | 0.90 | 324.00 |
| **TOTAL** — | | | **0.90** | **324.00** |

**TOTAL PLAN AND DISCLOSURE STATEMENT — P118**      **324.00**

## REPORTING — P121

—

| | | | | |
|---|---|---|---|---|
| 11/11/14 | III Rayford K., Adams Counsel | Discussion with Kathy Brewer re information for monthly reports; Discussion with Milind Dongre re Highmark contracts. | 0.40 | 144.00 |
| 11/11/14 | III Rayford K., Adams Counsel | Discussion with Milind Dongre re Bonfili motion; Discussion with Kathy Brewer re monthly reports. | 0.30 | 108.00 |
| 11/11/14 | III Rayford K., Adams Counsel | Review drafts of monthly reports; Discussion with Kathy Brewer re same; Discussion with Milind Dongre re Bonfili motion for admin claim. | 0.70 | 252.00 |

No. 1:13-bk-01054    Doc 21    Filed 01/28/15    Entered 01/28/15 11:36:06    Page 18 of 22

**SPILMAN THOMAS & BATTLE**

A T T O R N E Y S   A T   L A W

CLIENT:  001986
MATTER:  0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| | | | | |
|---|---|---|---|---|
| 11/17/14 | Katherine A., Brewer<br>Paralegal | Final revisions to the September monthly operating reports and forward same to the client final approval and signing. | 0.60 | 69.00 |
| 11/17/14 | III Rayford K., Adams<br>Counsel | Review monthly reports; Discussion with Kathy Brewer re monthly reports and fee application. | 0.20 | 72.00 |
| 11/19/14 | Katherine A., Brewer<br>Paralegal | Emails with client and Jeb Schmitt requesting information for October monthly reports; receipt of bank statements and redaction of same; finalize and file September operating reports. | 1.10 | 126.50 |
| 11/20/14 | Katherine A., Brewer<br>Paralegal | Emails with client regarding information needed for October monthly operating reports. | 0.60 | 69.00 |
| 12/03/14 | III Rayford K., Adams<br>Counsel | Discussions with Kathy Brewer re monthly reports and banking information from FGH; Telephone conference with Jeb Schmitt re additional work for Gleason. | 0.50 | 180.00 |
| 12/04/14 | III Rayford K., Adams<br>Counsel | Review draft of monthly reports for October; Voice mail to Whitney Patterson re monthly reports; Telephone conference with Andrew Sherman re status of plan and hearing on December 16; Voice mail to Lisa McNeil re Dec. 16 hearing; Discussion with Kathy Brewer re finalizing monthly reports. | 0.80 | 288.00 |
| 12/08/14 | Katherine A., Brewer<br>Paralegal | Finalize and file October monthly operating reports. | 0.60 | 69.00 |
| 12/12/14 | Katherine A., Brewer<br>Paralegal | Review reports received from client; redact bank account statements; prepare November monthly operating reports for review by Trip Adams. | 1.60 | 184.00 |
| 12/15/14 | III Rayford K., Adams<br>Counsel | Review drafts of November monthly reports. | 0.90 | 324.00 |
| 12/16/14 | III Rayford K., Adams<br>Counsel | Review monthly reports; Email to Whitney Patterson re same. | 0.20 | 72.00 |
| 12/18/14 | III Rayford K., Adams<br>Counsel | Final review of monthly reports; Telephone conference with Whitney Patterson re same; Discussion with Kathy Brewer re final revisions to monthly reports; Emails re fee orders for Spilman and Gleason. | 1.10 | 396.00 |
| 12/29/14 | III Rayford K., Adams<br>Counsel | Discussion with Kathy Brewer re status of monthly reports; Review pending matters. | 0.30 | 108.00 |

No. 1:13-bk-01054  Doc 1249  Filed 01/28/15  Entered 01/28/15 11:36:06  Page 19 of 22

# SPILMAN THOMAS & BATTLE

A T T O R N E Y S   A T   L A W

**CLIENT:** 001986
**MATTER:** 0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| | | |
|---|---|---|
| **TOTAL  —** | **9.90** | **2,461.50** |
| | | |
| **TOTAL REPORTING — P121** | | **2,461.50** |
| | | |
| FEES FOR PROFESSIONAL CHARGES | | 37,491.75 |

No. 1:13-bk-01054 Doc 21 Amd Filed 01/28/15 Entered 01/28/15 11:36:06 Page 20 of 22

# SPILMAN THOMAS & BATTLE
### ATTORNEYS AT LAW

**CLIENT:** 001986
**MATTER:** 0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| Date | Description | Amount $ |
|------|-------------|---------:|
| **COSTS** | | |
| 12/31/14 | Postage | 0.48 |
| 12/03/14 | Phone Calls Call to: (412)3919010 PITTSBUR PA | 0.30 |
| 12/03/14 | Phone Calls Call to: (412)3915408 PITTSBUR PA | 2.40 |
| 12/04/14 | Phone Calls Call to: (973)6436982 NEWARK NJ | 1.05 |
| 12/05/14 | Phone Calls Call to: (305)9784751 MIAMI FL | 0.60 |
| 12/15/14 | Phone Calls Call to: (973)6436982 NEWARK NJ | 0.15 |
| 12/17/14 | Phone Calls Call to: (973)6436982 NEWARK NJ | 0.90 |
| 12/31/14 | Phone Calls Call to: (646)2822504 NEW YORK NY | 0.30 |
| 11/04/14 | Copies | 0.50 |
| 11/14/14 | Copies | 0.75 |
| 11/17/14 | Copies | 1.00 |
| 11/17/14 | Copies | 0.25 |
| 11/17/14 | Copies | 0.25 |
| 12/01/14 | Copies | 1.75 |
| 12/08/14 | Copies | 0.25 |
| 12/08/14 | Copies | 0.25 |
| 12/12/14 | Copies | 0.75 |
| 12/31/14 | Copies | 3.25 |
| 12/31/14 | Copies | 0.50 |
| 12/31/14 | Copies | 0.50 |
| 09/18/14 | Professional Services Century Link - Telephone conference call | 38.50 |
| 09/19/14 | Professional Services Century Link - Telephone conference call | 35.20 |
| 09/22/14 | Professional Services Century Link - Telephone conference call | 35.64 |
| 10/02/14 | Professional Services Century Link - Telephone conference call | 15.84 |
| 10/03/14 | Professional Services Century Link - Telephone conference call | 14.52 |
| 10/08/14 | Professional Services Century Link - Telephone conference call | 8.80 |
| 11/17/14 | Express Delivery United Parcel Service | 14.71 |
| 11/17/14 | Express Delivery United Parcel Service | 30.74 |
| 11/07/14 | Court Documents Pacer Service Center | 3.30 |
| 11/20/14 | Court Documents Pacer Service Center | 3.00 |
| 12/05/14 | Court Documents Pacer Service Center | 3.00 |

# SPILMAN THOMAS & BATTLE
ATTORNEYS AT LAW

No. 1:13-bk-01054   Doc 21   Filed 01/28/15   Entered 01/28/15 11:36:06   Page 21 of 22

**CLIENT:** 001986
**MATTER:** 0044

January 15, 2015
Client Matter 001986.0044
Invoice 5249241

| | | |
|---|---|---|
| 12/12/14 | Court Documents Pacer Service Center | 3.00 |
| 12/19/14 | Court Documents Pacer Service Center | 3.00 |
| 12/22/14 | Court Documents Pacer Service Center | 3.00 |
| 11/06/14 | Mileage Wallace, Richard M.-Fairmont, WV 11/6/14 Grievance Mediation with Local 1199 (293.2 Miles @ .56) | 164.19 |
| 11/10/14 | Mileage Garrison, Michael S.-Fairmont, WV 10/29/14 for meeting with counsel for creditors committee (45 Miles @ .56) | 25.20 |
| | Total Costs | 417.82 |

**CLIENT:**  001986
**MATTER:**  0044

---

MATTER FEE SUMMARY

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| David R. Croft | 4.40 | 290.00 | 1,276.00 | 4.40 | 1,276.00 | 677.60 | 186,500.50 |
| Katherine A. Brewer | 17.15 | 115.00 | 1,972.25 | 17.15 | 1,972.25 | 583.40 | 63,358.75 |
| Michael S. Garrison | 15.80 | 330.00 | 5,214.00 | 15.80 | 5,214.00 | 1,393.40 | 441,386.50 |
| Milind K. Dongre | 24.60 | 225.00 | 5,535.00 | 24.60 | 5,535.00 | 72.85 | 16,391.25 |
| Rayford K. Adams III | 54.00 | 360.00 | 19,440.00 | 54.00 | 19,440.00 | 1,407.75 | 482,550.00 |
| Richard M. Wallace | 13.20 | 265.00 | 3,498.00 | 13.20 | 3,498.00 | 410.20 | 100,507 |
| Richard M. Wallace (P117) | 4.20 | 132.50 | 556.50 | 4.20 | 556.50 | 43.30 | 5,312.00 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,834.25 | 193,425.00 |
| **TOTAL** | **133.35** | | **$37,491.75** | **133.35** | **$1,298,092.75** | **6,422.75** | **$1,706,678.00** |