**Fairmont General Hospital and Fairmont Physicians, Inc.**
**Estimated Cash Analysis**
($000's)

| | High | Low |
|---|---:|---:|
| Sale Proceeds @ Sept 2014 | $ 15,000 | $ 15,000 |
| Less: Estimated DIP repayment (incl. fees) | 4,685 | $ 4,685 |
| Proceeds from Sale in Escrow | 10,315 | 10,315 |
| Cash on Hand on 9/19/14 | 212 | 212 |
| Total Cash on 9/19/14 | 10,527 | 10,527 |
| Transactions: 9/20/14 - 12/31/14: | | |
| Payments (per check register): | | |
| Professional Fees/Bankruptcy Expenses [1] | 1,199 | 1,199 |
| All scripts | 279 | 279 |
| AmeriSource Bergen | 79 | 79 |
| MON Power | 63 | 63 |
| HUB International Midwest | 33 | 33 |
| FIA Card Services | 23 | 23 |
| Dominion Hope | 18 | 18 |
| Lisa Flower | 16 | 16 |
| WV Bureau Of Employment Programs | 15 | 15 |
| Stericycle Inc | 9 | 9 |
| Other (Incl. Fees Net of Interest Income) | 22 | 22 |
| Total Payments | 1,756 | 1,756 |
| Receipts & Canceled Pre-Petition Payments (per Debtor): | 143 | 143 |
| Net Payments/(Receipts) | 1,613 | 1,613 |
| Calculated Cash at 12/31/2014 | 8,914 | 8,914 |
| Less: | | |
| Estimated 503(b)9 Claims [2] | 456 | 466 |
| Estimated Post-Petition Administrative Claims [2] | 788 | 926 |
| Estimated Post-Petition AP [3] | - | 1,133 |
| Estimated Post-Petition Priority Claims | 190 | 285 |
| Estimated Post-Petition Secured Claims | 42 | 42 |
| Estimated post-petition accrued AP | - | - |
| Professional Fees Incurred Prior to 9/30/14 | | |
| Paid after 12/31/14 | 38 | 38 |
| Unpaid | 152 | 152 |
| Estimated Professional Fees through Confirmation | 800 | 900 |
| Pmt to Alecto for True-Up (Medicaid/Gap) | 41 | 41 |
| 2008 Bonds Outstanding less DSRF | 2,258 | 2,258 |
| Total Estimated Admin Claims & 2008 Bonds | 4,764 | 6,241 |
| Estimated Cash Remaining for Distribution | 4,150 | 2,673 |
| Additional Sources of Cash | | |
| Gap Period Adjustment from Alecto | - | - |
| Funds Deposited since 12/31/2014: | | |
| Medicare Cost Report Refund Received | 547 | 547 |
| Other | 23 | 23 |
| Deposits Outstanding | 222 | 100 |
| Net Medicare Cost Report Refund (Pmt) Anticipated | 143 | 143 |
| Final Medicare Cost Report Refund | TBD | TBD |
| Other Assets not purchased by Alecto | TBD | TBD |
| Alecto Note | 300 | 300 |
| Retainer - H2C | - | - |
| Retainer - Spilman Thomas Battle, PLLC | 100 | 100 |
| Est. Malpractice Trust Fund Proceeds | - | - |
| Other Cash Recoveries [4] | TBD | TBD |
| Total Additional Sources of Cash | 1,334 | 1,212 |
| Total Estimated Cash Remaining for Distribution [4] | $ 5,484 | $ 3,885 |

[1] *Reflects payment on $1.079 million in invoices dated 9/30/14 or before, and $120 thousand on invoices since 9/30/14.*
[2] *Estimated based on Filed Claims.*
[3] *Based on Debtor records at 1/14/2015. Reflects post-petition accounts payable where no administrative claim was filed.*
[4] *Excludes recoveries from potential causes of action.*

Exhibit C