# SPILMAN THOMAS & BATTLE

### ATTORNEYS AT LAW

Prepared for:

Fairmont General Hospital
Peggy Coster, CEO
Whitney Patterson, CFO
1325 Locust Avenue
Fairmont, WV 26554

March 10, 2015
Client:                001986
Matter:                0044
Billing Professional:  Rayford K. Adams III
Invoice:               5252657
FEIN:                  55-0282458

**CLIENT:**  Fairmont General Hospital
**MATTER:**  Chapter 11 Bankruptcy Filing and Reorganization

| Previous Balance $ | Payments/Credits $ | Retainer Balance $ | New Charges $ | New Balance $ |
|---|---|---|---|---|
| 205,404.14 | (34,160.39) | 0.00 | 45,317.38 | 216,561.13 |

Terms - Payable in full on receipt

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees for Professional Services | $45,289.00 | |
| Costs | 28.38 | |
| **TOTAL THIS INVOICE** | **$45,317.38** | |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 45,317.38 | 3,749.18 | 0.00 | 0.00 | 167,494.57 |

**Direct any questions to our Billing Department at 1-800-967-8251.**



## SPILMAN THOMAS & BATTLE, PLLC
### ATTORNEYS AT LAW

March 10, 2015
Client:                001986
Matter:                0044
Billing Professional:  Rayford K. Adams III
Invoice:               5252657

Mail payment to:

| New Balance $ | Amount Enclosed $ |
|---|---|
| 216,561.13 | |

ATTN:  Accounts Receivable
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, WV 25321-0273

Exhibit A

No. 1:13-bk-01054 Doc 1840 Filed 03/17/15 Entered 03/17/15 09:29:11 Page 2 of 24

# SPILMAN THOMAS & BATTLE
### ATTORNEYS AT LAW

| | |
|---|---|
| **CLIENT:** 001986 | March 10, 2015 |
| **MATTER:** 0044 | Client Matter 001986.0044 |
| | Invoice 5252657 |

| Date of Service | Timekeeper/Title | Description | Hours | Amount $ |
|---|---|---|---|---|
| **PROFESSIONAL SERVICES** | | | | |
| **BUSINESS OPERATIONS** ─ P106 | | | | |
| ─ | | | | |
| 01/20/15 | David R., Croft Member | Advise client on whether to pay WV Secretary of State annual registration fees; correspond with Whitney Patterson to address matter. | 0.30 | 87.00 |
| 01/22/15 | David R., Croft Member | Telephone conference with Whitney Patterson to discuss renewals of business registrations for related entities; provide Attorney Garrison with list of entity renewals. | 0.30 | 87.00 |
| 02/11/15 | David R., Croft Member | Telephone conference with Scott Smith to address if payment for valuation services of real estate was made by the hospital. | 0.20 | 58.00 |
| 02/16/15 | David R., Croft Member | Review liquidating trust regulations, Disclosure Statement, and discuss tax provisions of Disclosure Statement with Attorney Adams. | 1.00 | 290.00 |
| **TOTAL** ─ | | | **1.80** | **522.00** |
| **TOTAL BUSINESS OPERATIONS** ─ P106 | | | | **522.00** |
| **CASE ADMINISTRATION** ─ P107 | | | | |
| ─ | | | | |
| 01/05/15 | Michael S., Garrison Member | Call with Mr. Adams regarding update on Cost Reports and other issues related to finalizing case | 0.30 | 99.00 |
| 01/05/15 | III Rayford K., Adams Counsel | Email to Mike Garrison re conference call; Email to staff re handling of returned mail notices. | 0.20 | 72.00 |
| 01/05/15 | III Rayford K., Adams Counsel | Discussion with Milind Dongre re status of pending matters in the case, including handling notices from the court and upcoming plan issues. | 0.50 | 180.00 |

No. 1:13-bk-01054 Doc 1841 Filed 03/17/15 Entered 03/17/15 09:29:11 Page 3 of 24

**SPILMAN THOMAS & BATTLE**
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| CLIENT: | 001986 | | | March 10, 2015 |
| MATTER: | 0044 | | | Client Matter 001986.0044 |
| | | | | Invoice 5252657 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/15 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Garrison and Milind Dongre re status of pending matters, including gap calculation, Medicare payments, plan and disclosure statement, etc. | 0.60 | 216.00 |
| 01/05/15 | III Rayford K., Adams<br>Counsel | Telephone conference with Whitney Patterson re status of Medicare payments, Abbott Labs admin claim and other pending matters; Draft email to Andrew Sherman and others re pending matters; Telephone conference with Andrew Sherman re Medicare settlements; Review Abbott Labs pleadings. | 1.60 | 576.00 |
| 01/05/15 | Milind K., Dongre<br>Associate | Reviewed and replied to matter status correspondence, including reviewing referenced Abbott Labs motion to extend admin. claim bar date; reviewed correspondence re Accounts Summary. | 0.80 | 180.00 |
| 01/05/15 | Milind K., Dongre<br>Associate | Correspondence and conference re obligation to update undeliverable notice recipient addresses; conference call re matter status. | 0.80 | 180.00 |
| 01/06/15 | Michael S., Garrison<br>Member | Working to resolve Gap payment issues and Amerisource matter to avoid administrative claims | 1.00 | 330.00 |
| 01/06/15 | III Rayford K., Adams<br>Counsel | Review status of insurance information that needs to be disclosed in Willis matter; Draft written disclosure of insurance information for Willis matter; Telephone conference with Nancy Peterman re payment of final fees for PCO and counsel; Email to Whitney Patterson re same; Email to Terri Bonasso re insurance policies. | 1.80 | 648.00 |
| 01/07/15 | Michael S., Garrison<br>Member | Continued work on resolution of Gap period payment and discussion of same with Mr. Sarrao | 0.50 | 165.00 |
| 01/07/15 | III Rayford K., Adams<br>Counsel | Email exchange with Mike Benninger re insurance information in Willis case; Email to Terri Bonasso re same; Review documents in our file re insurance policies. | 0.60 | 216.00 |
| 01/08/15 | Michael S., Garrison<br>Member | Continued work on Gap period assessment | 0.30 | 99.00 |
| 01/08/15 | David R., Croft<br>Member | Review closing documents and provide closing statement to Attorney Adams; discuss closing and case status with Attorney Adams. | 0.60 | 174.00 |

# SPILMAN THOMAS & BATTLE
## ATTORNEYS AT LAW

| CLIENT: | 001986 | | | | |
|---|---|---|---|---|---|
| MATTER: | 0044 | | | | March 10, 2015<br>Client Matter 001986.0044<br>Invoice 5252657 |

| Date | Name/Title | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/15 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Garrison re his call with Mike Sarrao. | 0.20 | 72.00 |
| 01/08/15 | III Rayford K., Adams<br>Counsel | Email exchange with Terri Bonasso re status of insurance information on Willis; Review emails re Medicare payments received; Email to Whitney Patterson re same. | 0.40 | 144.00 |
| 01/08/15 | III Rayford K., Adams<br>Counsel | Review emails re additional payments from Medicare; Review documentation related to payments; Email to Whitney Patterson re final cost reports; Review and reply to email from Nathan Coco re payment to Fundamental; Telephone conference with Dave Croft re closing and status of plan and disclosure statement. | 1.10 | 396.00 |
| 01/09/15 | Michael S., Garrison<br>Member | Call with M. Sarrao regarding Gap Period issues and details of proposed resolution/evaluation of same; follow-up call and emails with A. Sherman and N. Coco regarding same and counterproposal response to M. Sarrao; calls/emails with Mr. Adams regarding plan period and administrative claims issues and emails/calls with hospital representatives to insure responsiveness to same | 2.80 | 924.00 |
| 01/09/15 | Milind K., Dongre<br>Associate | Reviewed correspondence re listing, reconciling, and managing administrative claims. | 0.10 | 22.50 |
| 01/12/15 | Michael S., Garrison<br>Member | Continued discussions with M. Sarrao and Mr. Adams regarding Gap period funding; emails from/to W. Patterson regarding Cost Reports and impact upon reimbursement and related calculations; working to resolve potential administrative claim and discussions with M. Sarrao regarding same | 2.00 | 660.00 |
| 01/12/15 | III Rayford K., Adams<br>Counsel | Telephone conference with Whitney Patterson re Medicare reimbursements from Palmetto; Review documents from Palmetto. | 0.60 | 216.00 |
| 01/13/15 | Michael S., Garrison<br>Member | Working on GAP period analysis and discussion of same with Mr. Adams; email to Mssrs. Sherman and Coco regarding same; and discussions with M. Sarrao of Alecto regarding various issues related to GAP | 1.80 | 594.00 |
| 01/13/15 | Katherine A., Brewer<br>Paralegal | Emails with Epiq confirming that Americsource was included in the administrative claims noticing. | 0.20 | 23.00 |

No. 1:13-bk-01054 Doc 1940 Filed 03/17/15 Entered 03/17/15 09:29:11 Page 5 of 24

# SPILMAN THOMAS & BATTLE

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **CLIENT:** | 001986 | |
| **MATTER:** | 0044 | |

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| Date | Name/Title | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/15 | III Rayford K., Adams Counsel | Discussion with Milind Dongre re response to Willis order on insurance. | 0.30 | 108.00 |
| 01/13/15 | III Rayford K., Adams Counsel | Review status of Medicare reimbursement issues; Telephone conference with Mike Garrison re proposal from Mike Sarrao on gap calculation and Medicaid offset. | 1.00 | 360.00 |
| 01/13/15 | III Rayford K., Adams Counsel | Review status of Willis matter and documents to be included with response; Discussion with Milind Dongre re same. | 0.60 | 216.00 |
| 01/14/15 | Michael S., Garrison Member | Communications with CFO Patterson regarding Medicare settlement and related issues; discussions with Cohn Reznick, and related analysis | 1.00 | 330.00 |
| 01/14/15 | Katherine A., Brewer Paralegal | Research and review of connection or affiliation of AmerisourceBergen and Amerisource and discussion with Trip Adams regarding same. | 0.50 | 57.50 |
| 01/14/15 | III Rayford K., Adams Counsel | Voice mail from Lisa McNeil re timing of plan; Review and reply to email from Maria Arnaoudona re handling admin claims; Telephone conference with Mike Garrison re Amerisource issues; Email to Andrew Sherman and Nathan Coco re timing of plan filing; Telephone conference with Andrew Sherman re status of plan and claims and difficulties in getting information to CohnReznick. | 1.20 | 432.00 |
| 01/15/15 | III Rayford K., Adams Counsel | Review emails from Mike Garrison and Mike Sarrao re Medicare and gap calculations. | 0.30 | 108.00 |
| 01/15/15 | Milind K., Dongre Associate | Additional edits to Willis disclosure of insurance liability statement to include insurance policy names. | 0.30 | 67.50 |
| 01/16/15 | Michael S., Garrison Member | Working on Gap period funding issues and discussions/emails with A. Sherman regarding various issues; calls and emails with Mr. Adams regarding Gap funding and related issues; call with client regarding updated information and AmerisourceBergen matter | 2.00 | 660.00 |
| 01/16/15 | Katherine A., Brewer Paralegal | Finalize and file Objection to Abbott's Motion to Enlarge the Administrative Claims Bar Date and Deem Claim Timely Filed and emails with Epiq concerning instructions for service of same. | 0.30 | 34.50 |

SPILMAN THOMAS & BATTLE
ATTORNEYS AT LAW

| CLIENT: | 001986 | | | | March 10, 2015 |
| MATTER: | 0044 | | | | Client Matter 001986.0044 |
| | | | | | Invoice 5252657 |

| Date | Name / Title | Description | Hours | Amount |
|------|--------------|-------------|-------|--------|
| 01/16/15 | III Rayford K., Adams Counsel | Telephone conference with Mike Garrison re Amerisource, Medicare reimbursement, and gap calculation; Conference call with Mike Garrison and Amerisource re their administrative claim. | 1.00 | 360.00 |
| 01/16/15 | Milind K., Dongre Associate | Reviewed e-mail from case administrator re master service list. | 0.10 | 22.50 |
| 01/19/15 | Katherine A., Brewer Paralegal | Finalize and file Debtors' Objection to Abbott Laboratories motion to extend administrative claims date and communicate with Epiq regarding service of same. | 0.20 | 23.00 |
| 01/19/15 | Katherine A., Brewer Paralegal | Review docket and update file with all documents filed within the last week, calendar all objection deadlines and hearing notices. | 0.80 | 92.00 |
| 01/19/15 | III Rayford K., Adams Counsel | Review status of upcoming hearings for Abbott and ABDC; Reply to email from Samuel Wisotzkey re telephone conference to discuss Abbott Labs claim. | 0.40 | 144.00 |
| 01/20/15 | Michael S., Garrison Member | Conference call with counsel for Amerisource Bergen regarding potential administrative claim and issues related thereto; continued work on resolution of Gap Period analysis and agreement between Alecto and counsel for creditors; and email from W. Patterson regarding certain business renewals with WV Secretary of State in consideration of CH. 11 filing | 1.00 | 330.00 |
| 01/20/15 | Katherine A., Brewer Paralegal | Review of quarterly fee statements from U.S. Trustee; letter to client with instructions on payment of fees; receipt and review of Order and Notice Regarding Debtors' Objection to Cook Proof of Claim; receipt and review of notice of hearing on Abbott Laboratories motion to enlarge the administrative claim bar date and our responding objection. | 0.70 | 80.50 |
| 01/21/15 | Katherine A., Brewer Paralegal | Receipt, review, and processing of Consent Order Granting Motion for Relief from Stay filed by Cody Shaver. | 0.20 | 23.00 |
| 01/21/15 | III Rayford K., Adams Counsel | Telephone conference with Mike Garrison re Alecto and Medicare issues. | 0.20 | 72.00 |
| 01/21/15 | III Rayford K., Adams Counsel | Review email from Andrew Sherman re his comments on the Medicare issues and reimbursement for 2014. | 0.40 | 144.00 |

# SPILMAN THOMAS & BATTLE
### A T T O R N E Y S   A T   L A W

No. 1:13-bk-01054    Doc 1840    Filed 03/17/15    Entered 03/17/15 09:29:11    Page 7 of 24

| | | | | |
|---|---|---|---|---|
| **CLIENT:** | 001986 | | | March 10, 2015 |
| **MATTER:** | 0044 | | | Client Matter 001986.0044 |
| | | | | Invoice 5252657 |

| 01/22/15 | III Rayford K., Adams Counsel | Review emails from Rick Wallace and Dave Croft re insurance payment and handling of renewals of entity registration with Secretary of State; Review drafts of monthly reports for December; Voice mail to Whitney Patterson. | 0.60 | 216.00 |
|---|---|---|---|---|
| 01/23/15 | III Rayford K., Adams Counsel | Review status of Luoni settlement payment; Telephone conference with Rick Wallace re logistics of payment | 0.60 | 216.00 |
| 01/23/15 | III Rayford K., Adams Counsel | Review status of monthly reports and questions from Whitney Patterson. | 0.20 | 72.00 |
| 01/23/15 | Milind K., Dongre Associate | Brief research of local rules re, and drafting of, motion to withdraw as pro hac vice counsel for Casey Howard so as to avoid annual fee for client. | 1.20 | 270.00 |
| 01/26/15 | Michael S., Garrison Member | Review of GAP funding proposal from M. Sarrao of Alecto and discussion of same with Mr. Adams | 0.80 | 264.00 |
| 01/26/15 | III Rayford K., Adams Counsel | Telephone conference with Whitney Patterson re monthly reports, Medicare reimbursements, and deposits; Telephone conference with Andrew Sherman re status of plan, Medicare items, Abbott Labs, and settlement with Alecto; Review drafts of monthly reports. | 1.40 | 504.00 |
| 01/26/15 | III Rayford K., Adams Counsel | Review draft of reconciliation agreement with Alecto, received from Mike Sarrao. | 0.30 | 108.00 |
| 01/27/15 | Michael S., Garrison Member | Review/respond to emails from M. Sarrao of Alecto regarding GAP funding matter | 0.50 | 165.00 |
| 01/27/15 | Katherine A., Brewer Paralegal | Emails with client regarding quarterly fee payment coupons received from accounting. | 0.30 | 34.50 |
| 01/27/15 | III Rayford K., Adams Counsel | Review monthly reports and status of plan and reconciliation. | 0.40 | 144.00 |
| 01/27/15 | III Rayford K., Adams Counsel | Review latest revisions to reconciliation stipulation. | 0.20 | 72.00 |
| 01/28/15 | Michael S., Garrison Member | Working on finalizing Medicaid correspondence for settlement of Cost Report and discussions with Mr. Adams regarding same | 1.00 | 330.00 |
| 01/28/15 | Katherine A., Brewer Paralegal | Finalize and file Debtor's Disclosure of Professional Liability Insurance. | 0.30 | 34.50 |

# SPILMAN THOMAS & BATTLE
ATTORNEYS AT LAW

| CLIENT: | 001986 | | | | |
|---|---|---|---|---|---|
| MATTER: | 0044 | | | | |

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| Date | Name/Title | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/15 | Katherine A., Brewer Paralegal | Emails with client regarding quarterly fee payments and coupons received by accounting department in error. | 0.20 | 23.00 |
| 01/28/15 | III Rayford K., Adams Counsel | Telephone conference with Whitney Patterson re equipment supplier and fee application approval. | 0.20 | 72.00 |
| 02/02/15 | III Rayford K., Adams Counsel | Review and revise latest draft of liquidation plan. | 2.20 | 792.00 |
| 02/03/15 | Milind K., Dongre Associate | Correspondence re compliance with notice requirements in light of undeliverable notices. | 0.10 | 22.50 |
| 02/04/15 | Katherine A., Brewer Paralegal | Receipt, review, and update file with Consent Order granting relief from stay in Pulice matter. | 0.10 | 11.50 |
| 02/05/15 | Katherine A., Brewer Paralegal | Finalize and upload proposed order on Abbott motion and objection. | 0.20 | 23.00 |
| 02/05/15 | Katherine A., Brewer Paralegal | Receipt and filing of Pro Hac Motion of Samuel Wisotzky. | 0.20 | 23.00 |
| 02/05/15 | III Rayford K., Adams Counsel | Review and revise final version of Alecto reconciliation agreement; Email to Andrew Sherman and Mark Bradshaw re final revisions. | 0.40 | 144.00 |
| 02/06/15 | Katherine A., Brewer Paralegal | Review of court docket and receipt of order granting pro hac motion for Samuel Witozky and Consent Order on Abbott Motion and processing of same for file. | 0.30 | 34.50 |
| 02/09/15 | Katherine A., Brewer Paralegal | Receipt and review of orders approving fee applications of Huddleston Bolen and Sills Cummis. | 0.30 | 34.50 |
| 02/10/15 | Katherine A., Brewer Paralegal | Forward orders approving fee applications of Sills Cummis and Huddelston Bolen to client for payment at the instruction of Trip Adams. | 0.10 | 11.50 |
| 02/12/15 | Michael S., Garrison Member | Working on finalizing settlement document with WV BMS/DHHR and drafting same | 0.90 | 297.00 |
| 02/16/15 | Michael S., Garrison Member | Continued work on finalizing document to memorialize agreement with State of WV regarding POC | 1.50 | 495.00 |
| 02/16/15 | III Rayford K., Adams Counsel | Telephone conference with Dave Croft re tax provisions of the plan and disclosure statement. | 0.30 | 108.00 |

# SPILMAN THOMAS & BATTLE
ATTORNEYS AT LAW

| CLIENT: | 001986 | | | | March 10, 2015 |
|---|---|---|---|---|---|
| MATTER: | 0044 | | | | Client Matter 001986.0044 |
| | | | | | Invoice 5252657 |

| | | | | | |
|---|---|---|---|---|---|
| 02/17/15 | Michael S., Garrison Member | Working to finalize outline of Settlement Memorandum with Medicaid and discussions of same with client | 1.50 | 495.00 |
| 02/18/15 | Michael S., Garrison Member | Continued work on adapting Settlement Memorandum and call with state related to same | 1.20 | 396.00 |
| 02/18/15 | III Rayford K., Adams Counsel | Telephone conference with Boris Mankovetskiy re settlement of Cardinal administrative claim and status of plan issues; Review hearing motion and proposed order. | 0.60 | 216.00 |
| 02/19/15 | Michael S., Garrison Member | Updating Settlement document for state review and agreement | 0.40 | 132.00 |
| 02/20/15 | Michael S., Garrison Member | Emails and calls with counsel for DHHR and WVAG and drafting updated memorandum of settlement for review and agreement; further discussion with M. Sarrao of Alecto regarding details of same | 2.20 | 726.00 |
| 02/23/15 | Michael S., Garrison Member | Continued work on Medicaid settlement document and preparing for meeting with state officials regarding same | 1.80 | 594.00 |
| 02/24/15 | Michael S., Garrison Member | Conference call and follow-up emails with WV DHHR officials regarding finalizing details of Memorandum of Settlement and discussions with WVAG's office regarding same in effort to memorialize agreement and assist with moving forward with filing of Plan | 3.20 | 1,056.00 |
| 02/25/15 | Michael S., Garrison Member | Continuing work to finalize agreement with WV DHHR and emails from/to T. Buckner, CFO of DHHR, to arrange for details of payment; emails from/to counsel for creditors' committee regarding need for withdrawal document regarding Proof of Claim and discussion with WVAG's office regarding same | 1.90 | 627.00 |
| 02/26/15 | Michael S., Garrison Member | Emails to/from WVAG regarding finalizing Notice of W/D of POC per request from counsel for creditors | 0.50 | 165.00 |
| 02/26/15 | Katherine A., Brewer Paralegal | Receipt of order on Spilman Fee Application and forward same to client for payment; communicate with Epiq regarding service of same. | 0.20 | 23.00 |
| 02/26/15 | Katherine A., Brewer Paralegal | Assist with revisions to motion for approval of plan; email to client requesting information for preparation of the January operating reports. | 0.30 | 34.50 |

# SPILMAN THOMAS & BATTLE
### A T T O R N E Y S   A T   L A W

CLIENT:   001986
MATTER:  0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

**TOTAL** —                                                                      59.90     18,837.00

**TOTAL CASE ADMINISTRATION** — **P107**                                                   18,837.00

**CLAIMS ADMINISTRATION AND OBJECTIONS** — **P108**

—

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/07/15 | III Rayford K., Adams Counsel | Telephone conference with Jennifer Meyerowitz re status of administrative claims list. | 0.20 | 72.00 |
| 01/08/15 | III Rayford K., Adams Counsel | Review and reply to emails re payments to Nathan Coco's firm; Review status of administrative claims; Email to parties re administrative claims summary from Epiq. | 0.80 | 288.00 |
| 01/12/15 | III Rayford K., Adams Counsel | Telephone conference with Gina at Cintas re small admin. claim for September 2014. | 0.30 | 108.00 |
| 01/13/15 | III Rayford K., Adams Counsel | Telephone conference with Mike Garrison re gap calculation, Amerisource administrative claim, and Medicare reimbursement issues; Review service issue on Amerisource notice; Email to Kathy Brewer re same. | 0.60 | 216.00 |
| 01/13/15 | III Rayford K., Adams Counsel | Telephone conference with Mike Garrison re status of Amerisource claim and his conversation with their attorneys; Further review of the Medicare reimbursement issue. | 0.30 | 108.00 |
| 01/14/15 | Milind K., Dongre Associate | Reviewed e-mail re approach to administrative claim filings/payments and timeline for filing plan and disclosure statement. | 0.10 | 22.50 |
| 01/15/15 | III Rayford K., Adams Counsel | Review Abbott motion to allow admin. claim; Left message for Martin Sheehan, counsel for Abbott; Review and revise insurance disclosure document for the Willis matter. | 0.70 | 252.00 |
| 01/16/15 | III Rayford K., Adams Counsel | Review status of Abbott claim; Telephone conference with Mike Garrison re Amerisource claim; Conference call with Mike Garrison and Amerisource to discuss their claim and possible settlement; Conference call with Mike Garrison and Andrew Sherman re Abbott, Alecto, and Amerisource. | 1.40 | 504.00 |

# SPILMAN THOMAS & BATTLE

## ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| **CLIENT:** | 001986 | | | March 10, 2015 |
| **MATTER:** | 0044 | | | Client Matter 001986.0044 |
| | | | | Invoice 5252657 |

| | | | | |
|---|---|---|---|---|
| 01/16/15 | III Rayford K., Adams Counsel | Draft response to motion for allowance of late-filed claim by Abbott Labs; Discussion with Kathy Brewer re filing same. | 1.00 | 360.00 |
| 01/16/15 | III Rayford K., Adams Counsel | Email to Martin Sheehan re objection to Abbott Labs motion. | 0.30 | 108.00 |
| 01/19/15 | III Rayford K., Adams Counsel | Telephone conference with Mike Garrison re status of Amerisource issue and Abbott claim; Review Abbott claim pleadings. | 0.40 | 144.00 |
| 01/20/15 | III Rayford K., Adams Counsel | Telephone conference with Sam Wisotzkey re Abbott administrative claim. | 0.30 | 108.00 |
| 01/20/15 | III Rayford K., Adams Counsel | Telephone conference with Josh Gayl and others at Amerisource re administrative claim and deposit; Telephone conference with Mike Garrison re same. | 0.40 | 144.00 |
| 01/20/15 | III Rayford K., Adams Counsel | Email to Andrew Sherman re status of negotiation with Abbott on their late-filed admin claim; Telephone conference with Mike Garrison re Abbott claim and Amerisource matter; Reply to email from Whitney Patterson re Secretary of State matters. | 0.70 | 252.00 |
| 01/26/15 | III Rayford K., Adams Counsel | Telephone conference with Rebekah at LabCorp re administrative claim notice mailing address; Discussion with Kathy Brewer re quarterly fees; Review monthly report status. | 0.30 | 108.00 |
| 01/27/15 | III Rayford K., Adams Counsel | Review deposit spreadsheet; Review and revise reconciliation agreement and convert same to stipulation and order; Email to parties re changes; Email to Andrew Sherman re changes to agreement; Telephone conference with Andrew Sherman re gap reconciliation agreement; Email exchange with Sam Wisotzkey re status of Abbott claim. | 2.40 | 864.00 |
| 01/27/15 | Milind K., Dongre Associate | Conference re Fairmont security deposit setoff issues and creditor Labcorp claim to not having received notice of admin. claim bar date order. | 0.20 | 45.00 |
| 01/28/15 | III Rayford K., Adams Counsel | Telephone conference with Sam Wisotzkey re Abbott Labs late-filed claim. | 0.30 | 108.00 |
| 01/28/15 | Milind K., Dongre Associate | Examined docket and pleadings to determine answer to creditor's question re service address of administrative notice. | 0.25 | 56.25 |

No. 1:13-bk-01054    Doc 334-14    Filed 03/17/15    Entered 03/17/15 09:29:11    Page 12 of 24

# SPILMAN THOMAS & BATTLE

A T T O R N E Y S   A T   L A W

| | |
|---|---|
| **CLIENT:** 001986 | March 10, 2015 |
| **MATTER:** 0044 | Client Matter 001986.0044 |
| | Invoice 5252657 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/15 | Milind K., Dongre Associate | Searched for and compiled information on holders of debtor security deposits, as well as their claim amounts, in order to determine extent of setoff; conference re finalizing insurance disclosure statement in Willis matter. | 0.80 | 180.00 |
| 01/29/15 | III Rayford K., Adams Counsel | Review email from Sam Wisotzkey re Abbott Labs admin. claim; Email to Andrew Sherman re same; Email to Sam Wisotzkey re counter-proposal. | 0.20 | 72.00 |
| 01/30/15 | III Rayford K., Adams Counsel | Discussion with Milind Dongre re admin. claims. | 0.30 | 108.00 |
| 01/30/15 | III Rayford K., Adams Counsel | Follow up on various admin claims issues; Review email from Whitney Patterson re status of med mal cases and payments to outside counsel; Review Pulice and Abbott files for drafting of orders. | 1.20 | 432.00 |
| 01/30/15 | III Rayford K., Adams Counsel | Telephone conference with Sam Wisotzkey re Abbott Labs claim; Telephone conference with Dave Lapsidik re Gym Source claim; Voice mail to Debbie Anderson re Anderson & Rohr claim; Finalize and send final version of Pulice order; Discussion with Milind Dongre re order in Abbott case. | 1.00 | 360.00 |
| 01/30/15 | Milind K., Dongre Associate | Review of Metz Culinary Management correspondence re administrative claim and related failure to file claim form and alleged failure of notice. | 0.10 | 22.50 |
| 01/30/15 | Milind K., Dongre Associate | Conference re determining status of creditor Gym Source in petition and what amount, if any, was claimed or scheduled; conference re content to include in drafting Abbott Labs consent order. | 0.20 | 45.00 |
| 01/30/15 | Milind K., Dongre Associate | Conference re practical and legal response to creditors claiming lack of notice to admin. claim. bar date | 0.20 | 45.00 |
| 02/02/15 | III Rayford K., Adams Counsel | Email to Lisa McNeil re status of hearings tomorrow. | 0.20 | 72.00 |
| 02/02/15 | III Rayford K., Adams Counsel | Review Andrew Sherman's revisions to Abbott order; Email to Andrew Sherman re same. | 0.20 | 72.00 |

No. 1:13-bk-01054    Doc 3444    Filed 03/17/15    Entered 03/12/15 09:29:11    Page 13 of 24

| CLIENT: | 001986 |
|---|---|
| MATTER: | 0044 |

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/15 | III Rayford K., Adams Counsel | Follow-up on Pulice and Abbott orders; Review and finalize Abbott order; Email to parties transmitting draft of proposed order for review and approval; Email to Kathy Brewer re filing of Pulice order. | 1.60 | 576.00 |
| 02/02/15 | III Rayford K., Adams Counsel | Review numerous emails re resolution of Abbott Labs admin claims; Review drafts of consent order; Telephone conference with Sam Wisotzkey re resolution of Abbott order; Voice mail to Andrew Sherman re same; Telephone conference with Andrew Sherman re Abbott claim resolution. | 0.80 | 288.00 |
| 02/02/15 | Milind K., Dongre Associate | Drafted Abbott Labs consent order. | 0.75 | 168.75 |
| 02/02/15 | Milind K., Dongre Associate | Confirm certain creditor claim amounts in schedules or POCs, as well as in Admin. Bar Date Order Service Affidavit, in order to respond to those creditors' claims of lack of service of latter. | 0.25 | 56.25 |
| 02/02/15 | Milind K., Dongre Associate | Review correspondence re filing Pulice consent order. | 0.10 | 22.50 |
| 02/02/15 | Milind K., Dongre Associate | Review of correspondence re negotiation of Abbott Laboratories administrative claim, in particular with respect to contention over general release language. | 0.20 | 45.00 |
| 02/02/15 | Milind K., Dongre Associate | Correspondence with creditor Labcorp representative attaching affidavit of service in response to Labcorp's concern that it did not receive receipt of administrative claim bar date order. | 0.10 | 22.50 |
| 02/03/15 | III Rayford K., Adams Counsel | Telephone conference with Whitney Patterson re claims list and questions about IRS and Honerbrink claims; Review spreadsheets of priority and secured claims; Review and revise final version of reconciliation agreement with Alecto; Email to Mark Bradshaw and Andrew Sherman re same; Email exchange with Andrew Sherman re status of Abbott order; Telephone conference with Andrew Sherman re Abbott claim. | 1.70 | 612.00 |
| 02/03/15 | Milind K., Dongre Associate | Review correspondence from creditor Abbot counsel re position on dispute over settlement agreement after having consulted again with Abbott. | 0.10 | 22.50 |

**SPILMAN THOMAS & BATTLE**

ATTORNEYS AT LAW

No. 1:13-bk-01054   Doc 3440-1   Filed 03/17/15   Entered 03/17/15 09:29:11   Page 14 of 24

| | | | | |
|---|---|---|---|---|
| **CLIENT:** | 001986 | | | March 10, 2015 |
| **MATTER:** | 0044 | | | Client Matter 001986.0044 |
| | | | | Invoice 5252657 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/15 | III Rayford K., Adams Counsel | Further emails with Andrew Sherman re Abbott claim; Email to Sam Wisotzkey re Abbott claim. | 0.20 | 72.00 |
| 02/04/15 | III Rayford K., Adams Counsel | Review email from administrative creditor; Review status of Abbott claim matter; Email exchange with Andrew Sherman re possible resolution to Abbott claim order; Revise Abbott order; Review and reply to email from Precyse Solutions re their unfiled administrative expense claim. | 1.60 | 576.00 |
| 02/04/15 | III Rayford K., Adams Counsel | Telephone conference with Karen Irving (Johnson Legal) re LabCorp post-petition claims (probably post-sale). | 0.10 | 36.00 |
| 02/04/15 | Milind K., Dongre Associate | Identified creditor Precyse Solutions mailing address on affidavit of service of admin. bar date order, in response to that creditor's claim of lack of notice thereof; correspondence re same. | 0.10 | 22.50 |
| 02/05/15 | III Rayford K., Adams Counsel | Review email and spreadsheet from Whitney Patterson re employee claims. | 0.30 | 108.00 |
| 02/05/15 | III Rayford K., Adams Counsel | Review latest draft of Abbott order from Sam Wisotzkey; Emails to Sam Wisotzkey and Andrew Sherman re filing order as proposed order. | 0.20 | 72.00 |
| 02/13/15 | David R., Croft Member | Correspond with Scott Smith of Newmark Grubb Knight to address whether payment was made for real estate valuation services. | 0.10 | 29.00 |
| 02/15/15 | Milind K., Dongre Associate | Searched docket and bankruptcy filings for indications of service--generally and with respect to bar date motion--in response to creditor Allied Refrigeration inquiry. | 0.50 | 112.50 |
| 02/16/15 | III Rayford K., Adams Counsel | Telephone conference with Sherri Holmberg re unpaid invoices for Ogden Directories; Review invoices from Ogden; Email to Milind Dongre re Ogden follow-up; Email to Whitney Patterson re Ogden invoices. | 0.60 | 216.00 |
| 02/17/15 | Milind K., Dongre Associate | Searched docket, service notice(s), and petition for address information for creditor Ogden Directories, Inc., in response to its apparent claim to have not been properly served with certain notices. | 0.20 | 45.00 |

No. 1:13-bk-01054 Doc 3464 Filed 03/12/15 Entered 03/12/15 09:29:11 Page 15 of 24

# SPILMAN THOMAS & BATTLE
### A T T O R N E Y S   A T   L A W

| | | | | |
|---|---|---|---|---|
| **CLIENT:** 001986 | | | | March 10, 2015 |
| **MATTER:** 0044 | | | | Client Matter 001986.0044 |
| | | | | Invoice 5252657 |

| Date | Name/Title | Description | Hours | Amount |
|---|---|---|---|---|
| 02/18/15 | Milind K., Dongre Associate | Searched master service list, petition, and affidavit of service of bar date documents for service on creditor Brothers Lazer, in response to claim of non-receipt of service. | 0.25 | 56.25 |
| 02/20/15 | David R., Croft Member | Obtain and provide Attorney Garrison with information needed for WVDHHR agreement. | 0.60 | 174.00 |
| 02/20/15 | III Rayford K., Adams Counsel | Review email from Whitney Patterson re Anderson and Roers invoice; Email to Deb Anderson re same. | 0.20 | 72.00 |
| 02/23/15 | David R., Croft Member | Review and revise West Virginia Department of Health, Bureau for Medical Services Memorandum of Settlement; and provide revised document to Attorney Garrison for his consideration. | 0.60 | 174.00 |
| 02/24/15 | III Rayford K., Adams Counsel | Review emails and voice mails from various administrative expense claimants. | 0.30 | 108.00 |
| 02/25/15 | III Rayford K., Adams Counsel | Telephone conference with Zimmer employee re their administrative expense claim. | 0.20 | 72.00 |
| 02/25/15 | III Rayford K., Adams Counsel | Telephone conference with Deb Anderson re January invoice for contingency services; Telephone conference with Denise at Brothers Lazer re their claims; Telephone conference with Mary Ann Romesburg re her wage claim; Telephone conference with Marcus at Zimmer, Inc. re small post-petition claim | 1.70 | 612.00 |
| 02/26/15 | III Rayford K., Adams Counsel | Follow-up emails re WVBMS claim withdrawal; Review status of pending admin claims. | 0.40 | 144.00 |
| 02/26/15 | III Rayford K., Adams Counsel | Review status of plan and disclosure statement; Email exchange with Stephenie Kjontvedt (Epiq) re timeline for solicitation and confirmation matters. | 0.30 | 108.00 |
| **TOTAL** — | | | **29.40** | **9,899.00** |

**TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS** — **P108**          **9,899.00**

**EMPLOYMENT AND FEE APPLICATIONS** — **P111**

—

| | | | | |
|---|---|---|---|---|
| 01/12/15 | III Rayford K., Adams Counsel | Review proforma for bimonthly fee application. | 0.50 | 180.00 |

**SPILMAN THOMAS & BATTLE**
A T T O R N E Y S   A T   L A W

| CLIENT: | 001986 | | March 10, 2015 |
|---|---|---|---|
| MATTER: | 0044 | | Client Matter 001986.0044 |
| | | | Invoice 5252657 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/20/15 | Katherine A., Brewer Paralegal | Prepare Spilman fee application and forward to Trip Adams for review. | 1.30 | 149.50 |
| 01/22/15 | III Rayford K., Adams Counsel | Review draft of fee application for Nov.-Dec 2014. | 0.30 | 108.00 |
| 01/27/15 | Katherine A., Brewer Paralegal | Finalize Spilman fee application and forward to client for review and approval. | 0.30 | 34.50 |
| 01/28/15 | Katherine A., Brewer Paralegal | Finalize and file Spilman Fee application; receipt of Notice to Parties from Court and calendar deadline for entry of order. | 0.50 | 57.50 |
| 02/09/15 | III Rayford K., Adams Counsel | Review fee orders for Sills Cummis and Huddleston Bolen; Email to Kathy Brewer re same. | 0.20 | 72.00 |
| 02/24/15 | Katherine A., Brewer Paralegal | Prepare Order on Spilman Fee Application and forward to Trip Adams for review and approval. | 0.40 | 46.00 |
| 02/25/15 | III Rayford K., Adams Counsel | Review draft of Spilman fee order. | 0.20 | 72.00 |
| 02/26/15 | Katherine A., Brewer Paralegal | Review Gleason December invoice and email to confirm no other invoices prior to preparing fee application. | 0.10 | 11.50 |
| **TOTAL** — | | | **3.80** | **731.00** |

**TOTAL EMPLOYMENT AND FEE APPLICATIONS** — P111                         **731.00**

**LABOR MATTERS** — P114

—

| 01/13/15 | II Gordon L., Mowen Associate | Analyze case law for citations to support argument that CBA agreement bars admission of extrinsic evidence (zipper clause) and that petitioner cannot be awarded greater rights than what is provided for in the CBA. | 0.30 | 49.50 |
|---|---|---|---|---|
| **TOTAL** — | | | **0.30** | **49.50** |

**TOTAL LABOR MATTERS** — P114                         **49.50**

**LITIGATION** — P115

No. 1:13-bk-01054    Doc 1346-1    Filed 03/17/15    Entered 03/17/15 09:29:11    Page 17 of 24

# SPILMAN THOMAS & BATTLE
### ATTORNEYS AT LAW

**CLIENT:** 001986
**MATTER:** 0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

—

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/15 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Benninger re status of Willis matter; Review pleading re insurance coverage. | 1.30 | 468.00 |
| 02/27/15 | III Rayford K., Adams<br>Counsel | Telephone conference with Mike Garrison re status of Pulice case and involvement of Steve Brooks; Email to Steve Brooks re same; Review emails from Mike Garrison re status of Pulice claim; Telephone conference with Mike Garrison re strategy for Pulice claim; Telephone conference with Mike Garrison and Taylor Downs re status of litigation and extension of time to answer complaint. | 0.70 | 252.00 |
| **TOTAL** — | | | **2.00** | **720.00** |

**TOTAL LITIGATION** — **P115**  720.00

**MEETING AND COMMUNICATIONS WITH CREDITORS** — **P116**

—

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/15 | David R., Croft<br>Member | Telephone conference with Bradley Sorrells to address Metz Culinary management, Inc post petition services | 0.30 | 87.00 |
| **TOTAL** — | | | **0.30** | **87.00** |

**TOTAL MEETING AND COMMUNICATIONS WITH CREDITORS** — **P116**  87.00

**PLAN AND DISCLOSURE STATEMENT** — **P118**

—

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/14/15 | III Rayford K., Adams<br>Counsel | Review email from Andrew Sherman re gap calculation and offset against Medicare funds; Email to Mike Garrison re same; Initial review of draft plan from Nathan Coco. | 1.20 | 432.00 |
| 02/04/15 | III Rayford K., Adams<br>Counsel | Review and revise Plan Summary and email to parties; Further review of draft of plan. | 0.50 | 180.00 |
| 02/09/15 | III Rayford K., Adams<br>Counsel | Review latest drafts of plan and disclosure statement; Email revised plan to parties. | 2.20 | 792.00 |

# SPILMAN THOMAS & BATTLE
A T T O R N E Y S   A T   L A W

| CLIENT: | 001986 | | | | |
|---------|--------|--|--|--|--|
| MATTER: | 0044 | | | | |

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/10/15 | III Rayford K., Adams Counsel | Review and revise disclosure statement. | 1.20 | 432.00 |
| 02/10/15 | III Rayford K., Adams Counsel | Review and reply to email from Nathan Coco re conference call and edits to plan and disclosure statement; Further review of disclosure statement. | 0.50 | 180.00 |
| 02/11/15 | III Rayford K., Adams Counsel | Review latest versions of plan and disclosure statement | 0.40 | 144.00 |
| 02/13/15 | III Rayford K., Adams Counsel | Review plan and disclosure statement for conference call; Conference call with Andrew Sherman and Nathan Coco re finalizing plan and disclosure statement; Revisions to disclosure statement; Email disclosure statement to Andrew Sherman and Nathan Coco. | 4.10 | 1,476.00 |
| 02/16/15 | III Rayford K., Adams Counsel | Review latest pleadings re plan and disclosure statement. | 0.30 | 108.00 |
| 02/17/15 | III Rayford K., Adams Counsel | Review drafts of solicitation motion and order; Telephone conference with Lisa McNeil re hearing dates and procedure; Telephone conference with Jennifer Meyerowitz re solicitation procedure and cost. | 3.60 | 1,296.00 |
| 02/18/15 | III Rayford K., Adams Counsel | Review latest documents for plan and disclosure statement; Review email from Lisa McNeil re notice and order approving combined hearing on plan and disclosure statement. | 0.40 | 144.00 |
| 02/23/15 | III Rayford K., Adams Counsel | Review status of motion re plan and disclosure statement; Email to Jennifer Meyerowitz re estimate from Epiq; Review and revise motion re disclosure statement hearing; Telephone conference with Mike Garrison re status of Medicaid settlement document; Review and revise Medicaid settlement document. | 2.10 | 756.00 |
| 02/23/15 | III Rayford K., Adams Counsel | Continue revisions to confirmation procedures motion and plan and disclosure statement; Email to Jennifer Meyerowitz re timeline; Conference call with Nathan Coco and Andrew Sherman re logistics of confirmation process. | 2.70 | 972.00 |
| 02/24/15 | III Rayford K., Adams Counsel | Review and revise confirmation procedures motion. | 1.50 | 540.00 |

**SPILMAN THOMAS & BATTLE**

A T T O R N E Y S   A T   L A W

| CLIENT: | 001986 | | | March 10, 2015 |
| MATTER: | 0044 | | | Client Matter 001986.0044 |
| | | | | Invoice 5252657 |

| | | | | | |
|---|---|---|---|---|---|
| 02/24/15 | III Rayford K., Adams<br>Counsel | Final review and revisions to solicitation motion and order; Email to parties re same; Review status of Epiq solicitation services; Email exchange with Andrew Sherman and Mike Garrison re Medicaid agreement and withdrawal of Medicaid claim; Discussion with Milind Dongre re claim withdrawal document for Medicaid claim. | 3.90 | 1,404.00 |
| 02/26/15 | III Rayford K., Adams<br>Counsel | Review latest draft of liquidation analysis and status of plan, disclosure statement, and confirmation motion. | 0.40 | 144.00 |
| 02/26/15 | III Rayford K., Adams<br>Counsel | Review latest round of emails on liquidation analysis; Email to parties re status of plan, disclosure statement, and combined hearing motion and order. | 0.40 | 144.00 |
| 02/27/15 | III Rayford K., Adams<br>Counsel | Review Epiq information re dates and timeline for plan; Telephone conference with Stephenie Kjontvedt (Epiq) re logistics of service of the plan and disclosure statement; Email exchange with Andrew Sherman re filing of plan documents. | 1.50 | 540.00 |
| 02/27/15 | III Rayford K., Adams<br>Counsel | Finalize motion and order re solicitation; Review and revise all ballots; Telephone conference with Stephenie Kjontvedt re handling bondholder ballots and notice to creditors; Review and revise draft of notice to non-voting unimpaired classes; Email to Nathan Coco re bondholder solicitation and voting procedures; Email to Andrew Sherman re notice to non-voting classes. | 4.20 | 1,512.00 |

**TOTAL —**        31.10    11,196.00

**TOTAL PLAN AND DISCLOSURE STATEMENT — P118**      11,196.00

**RELIEF FROM STAY AND ADEQUATE PROTECTION — P120**

—

| | | | | | |
|---|---|---|---|---|---|
| 01/09/15 | Milind K., Dongre<br>Associate | Review of Cody Shaver Motion for Relief from stay and correspondence re strategy for response to same. | 0.20 | 45.00 |
| 01/12/15 | Katherine A., Brewer<br>Paralegal | Receipt, review, and processing of Motion for Relief from Stay filed on behalf of Jennifer Pulice. | 0.20 | 23.00 |

# SPILMAN THOMAS & BATTLE

A T T O R N E Y S   A T   L A W

CLIENT: 001986
MATTER: 0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| 01/12/15 | Milind K., Dongre Associate | Correspondence re and drafting of response to Shaver motion for relief from stay. | 0.65 | 146.25 |
|---|---|---|---|---|
| 01/13/15 | Milind K., Dongre Associate | Conference re statement of liability insurance due to Willis. | 0.15 | 33.75 |
| 01/19/15 | Milind K., Dongre Associate | Finalized Willis Insurance Disclosure filing by creating new document with required formatting and into which specific policy names were inserted; correspondence re Shaver consent order/imminent response deadline, and re similar Jennifer Pulice pleading. | 0.70 | 157.50 |
| 01/20/15 | III Rayford K., Adams Counsel | Review motion and proposed order in Shaver matter; Email to Mike Benninger re same. | 0.70 | 252.00 |
| 01/20/15 | III Rayford K., Adams Counsel | Review and revise Pulice consent order on motion for relief from stay; Telephone conference with Taylor Downs, counsel for Pulice re consent order; Email to Taylor Downs transmitting proposed consent order. | 0.80 | 288.00 |
| 01/21/15 | III Rayford K., Adams Counsel | Review status of Shaver relief from stay; Email to Milind Dongre and Kathy Brewer re same; Telephone conference with Mike Garrison re reimbursement issues on Medicare amounts for 2014. | 0.50 | 180.00 |
| 01/21/15 | Milind K., Dongre Associate | Follow-up on filing consent order in Shaver Motion for Relief from stay in light of objection period having run the day before, with reference to Shaver's proposed order as possibly including material for final consent order. | 0.40 | 90.00 |
| 01/29/15 | Milind K., Dongre Associate | Revised Pulice consent order pursuant to movant's suggestion. | 0.10 | 22.50 |
| 02/27/15 | Michael S., Garrison Member | Calls from/to T. Downs, counsel for J. Pulice, regarding lifting stay and timing of Answer to Complaint and Combined Discovery; calls and emails with Mr. Adams and hospital personnel regarding notice to insurance company; and letter to counsel for Pulice regarding extension of time to file Answer and notice to insurer | 1.20 | 396.00 |

**TOTAL —** 5.60    1,634.00

**TOTAL RELIEF FROM STAY AND ADEQUATE PROTECTION — P120**    1,634.00

**REPORTING — P121**

No. 1:13-bk-01054   Doc 3434   Filed 03/11/15   Entered 03/11/15 09:29:11   Page 21 of 24

# SPILMAN THOMAS & BATTLE
### A T T O R N E Y S   A T   L A W

**CLIENT:** 001986
**MATTER:** 0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

—

| Date | Name / Title | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/15 | Katherine A., Brewer Paralegal | Finalize and file November monthly operating reports; communicate with Epiq regarding service of same. | 0.50 | 57.50 |
| 01/07/15 | III Rayford K., Adams Counsel | Discussion with Kathy Brewer re bank accounts to be included in reporting post-sale. | 0.20 | 72.00 |
| 01/12/15 | Katherine A., Brewer Paralegal | Receipt and brief review of information requested for preparation of December operating reports. | 0.40 | 46.00 |
| 01/20/15 | Katherine A., Brewer Paralegal | Review client documents and prepare monthly operating reports and forward same to Trip Adams. | 1.80 | 207.00 |
| 01/22/15 | III Rayford K., Adams Counsel | Review monthly reports. | 0.40 | 144.00 |
| 02/24/15 | Katherine A., Brewer Paralegal | Forward December monthly operating reports to client for review and approval. | 0.20 | 23.00 |
| 02/25/15 | Katherine A., Brewer Paralegal | Conference with Trip Adams in effort to respond to Trustee's question about bank accounts omitted from monthly reports post-sale. | 0.80 | 92.00 |
| 02/25/15 | III Rayford K., Adams Counsel | Review email from Deb Wertman re monthly reports; Email to Kathy Brewer re same; Discussion with Milind Dongre re monthly report issues; Discussion with Kathy Brewer re same; Voice mail and email to Deb Wertman re monthly reports. | 0.90 | 324.00 |
| 02/25/15 | III Rayford K., Adams Counsel | Discussion with Kathy Brewer re status of monthly reports and bank account information; Review past reports re accounting for all expenses; Review draft of withdrawal document for Medicaid claim. Discussion with Milind Dongre re same. | 1.80 | 648.00 |

**TOTAL —** 7.00  1,613.50

**TOTAL REPORTING — P121** 1,613.50

FEES FOR PROFESSIONAL CHARGES 45,289.00

No. 1:13-bk-01054   Doc 1346-1   Filed 03/17/15   Entered 03/17/15 09:29:11   Page 22 of 24

# SPILMAN THOMAS & BATTLE

A T T O R N E Y S   A T   L A W

**CLIENT:**   001986
**MATTER:**   0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| Date | Description | Amount $ |
|------|-------------|---------:|
| **COSTS** | | |
| 01/21/15 | Postage | 1.40 |
| 02/25/15 | Postage | 0.48 |
| 01/05/15 | Phone Calls Call to: (973)6436982 NEWARK NJ | 0.15 |
| 01/27/15 | Phone Calls Call to: (973)7683333 CALDWELL NJ | 1.80 |
| 01/28/15 | Phone Calls Call to: (414)9625110 MILWAUKE WI | 1.65 |
| 01/30/15 | Phone Calls Call to: (508)8601483 WORCESTE MA | 0.15 |
| 01/30/15 | Phone Calls Call to: (612)2722407 MINNEAPO MN | 0.15 |
| 01/30/15 | Phone Calls Call to: (414)9625110 MILWAUKE WI | 0.30 |
| 01/30/15 | Phone Calls Call to: (508)8601483 WORCESTE MA | 1.05 |
| 01/30/15 | Phone Calls Call to: (414)9625110 MILWAUKE WI | 1.35 |
| 01/30/15 | Phone Calls Call to: (724)3448228 WASHINGT PA | 1.50 |
| 02/02/15 | Phone Calls Call to: (973)6436982 NEWARK NJ | 0.30 |
| 02/17/15 | Phone Calls Call to: (973)6436391 NEWARK NJ | 0.15 |
| 02/17/15 | Phone Calls Call to: (646)2822504 NEW YORK NY | 1.35 |
| 02/18/15 | Phone Calls Call to: (973)6436391 NEWARK NJ | 1.95 |
| 02/25/15 | Phone Calls Call to: (724)3202541 PITTSBUR PA | 0.15 |
| 02/25/15 | Phone Calls Call to: (612)6323019 MINNEAPO MN | 0.30 |
| 02/25/15 | Phone Calls Call to: (612)2354410 MINNEAPO MN | 2.70 |
| 01/20/15 | Copies | 1.00 |
| 01/20/15 | Copies | 1.00 |
| 01/20/15 | Copies | 1.00 |
| 01/20/15 | Copies | 0.25 |
| 01/22/15 | Copies | 0.25 |
| 01/22/15 | Copies | 0.25 |
| 01/22/15 | Copies | 1.00 |
| 01/27/15 | Copies | 0.25 |
| 01/27/15 | Copies | 0.25 |
| 02/09/15 | Copies | 0.75 |
| 02/09/15 | Copies | 0.75 |
| 02/24/15 | Copies | 0.25 |
| 02/25/15 | Copies | 0.25 |

No. 1:13-bk-01054   Doc 1349-1   Filed 03/17/15   Entered 03/17/15 09:29:11   Page 23 of 24

# SPILMAN THOMAS & BATTLE
ATTORNEYS AT LAW

**CLIENT:** 001986
**MATTER:** 0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

| | | |
|---|---|---|
| 02/25/15 | Copies | 0.25 |
| 02/25/15 | Copies | 0.25 |
| 02/25/15 | Copies | 0.75 |
| 01/02/15 | Court Documents Pacer Service Center | 3.00 |
| | Total Costs | 28.38 |

No. 1:13-bk-01054   Doc 1349-1   Filed 03/17/15   Entered 03/17/15 09:29:11   Page 24 of 24

# SPILMAN THOMAS & BATTLE

ATTORNEYS AT LAW

**CLIENT:** 001986
**MATTER:** 0044

March 10, 2015
Client Matter 001986.0044
Invoice 5252657

MATTER FEE SUMMARY

| TIMEKEEPER | CURRENT INVOICE | | | YEAR-TO-DATE | | LIFE-TO-DATE | |
|---|---|---|---|---|---|---|---|
| | Hours | Rate | $ | Hours | $ | Hours | $ |
| David R. Croft | 4.00 | 290.00 | 1,160.00 | 8.40 | 2,436.00 | 681.60 | 187,660.50 |
| Gordon L. Mowen II | 0.30 | 165.00 | 49.50 | 0.30 | 49.50 | 11.50 | 1,729.50 |
| Katherine A. Brewer | 11.90 | 115.00 | 1,368.50 | 29.05 | 3,340.75 | 595.30 | 64,727.25 |
| Michael S. Garrison | 31.30 | 330.00 | 10,329.00 | 47.10 | 15,543.00 | 1,424.70 | 451,715.50 |
| Milind K. Dongre | 10.00 | 225.00 | 2,250.00 | 34.60 | 7,785.00 | 82.85 | 18,641.25 |
| Rayford K. Adams III | 83.70 | 360.00 | 30,132.00 | 137.70 | 49,572.00 | 1,491.45 | 512,682.00 |
| Other Timekeepers | 0.00 | 0.00 | 0.00 | 17.40 | 4,054.50 | 2,276.55 | 514,811.00 |
| **TOTAL** | **141.20** | | **$45,289.00** | **274.55** | **$82,780.75** | **6,563.95** | **$1,751,967.00** |